**EXHIBIT A**

| Publisher | Title | ISBN | Copyright Registration |
|---|---|---|---|
| Cengage | Automotive Engines: Diagnosis, Repair, Rebuilding | 1435486412 | TX0006498305 |
| Cengage | Biographical Encyclopedia of the Modern Middle East & North Africa | 1414418892 | TX 6-823-484 |
| Cengage | Delmar's Dental Drug Reference | 0766801152 | TX0005280590 |
| Cengage | Gale Encyclopedia of Genetic Disorders, 2nd Ed. | 1414403658 | TX0006312290 |
| Cengage | Historic Events for Students: The Great Depression | 0787657018 | TX0005615981 |
| Cengage | Introduction to Sports Medicine and Athletic Training | 1435464362 | TX0007295546 |
| Cengage | Junior Worldmark Encyclopedia of the Nations, 10 Volume Set, 4th Ed. | 0787692158 | TX0006061141 |
| Cengage | Master Math: Calculus | 1564143376 | TX0004836455 |
| Cengage | The Gale Encyclopedia of Psychology | 0787647861 | TX0005355954 |
| Cengage | UXL Encyclopedia of Science | 0787654329 | TX0005623177 |
| Elsevier | Dinosaur Imagery: The Science of Lost Worlds and Jurassic Art (The Lanzendorf Collection) | 0124365906 | TX0005226189 |
| Elsevier | Preparative Acetylenic Chemistry, Second Edition | 0444429603 | TX0002327036 |
| Elsevier | Handbook of Optical Constants of Solids, Volume 5: Handbook of Thermo-Optic Coefficients of Optical Materials with Applications | 0122818555 | TX0004686010 |
| Elsevier | Analytical Fracture Mechanics | 0127091203 | TX0004147154 |
| Elsevier | Guide to Protein Purification, Second Edition (Methods in Enzymology) | 0123749786 | TX0003124129 |
| Elsevier | International Review of Cytology, Volume 162B (International Review of Cytology - a Survey of Cell Biology, Vol 162b) | 0123645662 | TX0004263701 |
| Elsevier | International Review of Cytology, Volume 167 (International Review of Cell and Molecular Biology) | 0123645719 | TX0004366493 |
| Elsevier | International Review of Cytology, Volume 188: A Survey of Cell Biology (International Review of Cell and Molecular Biology) | 0123645921 | TX0005020468 |
| Elsevier | International Review of Cytology, Volume 191: A Survey of Cell Biology (International Review of Cell and Molecular Biology) | 0123645956 | TX0005020469 |

| Publisher | Title | ISBN | Registration |
|---|---|---|---|
| Elsevier | Permanent Magnet & Electromechanical Devices: Materials, Analysis, and Applications (Electromagnetism) | 0122699513 | TX0005450585 |
| McGraw-Hill | Advertising and Promotion: An Integrated Marketing Communications Persepctive, 6th Ed. | 0072866144 | TX0005801417 |
| McGraw-Hill | Charge Pump Circuit Design | 007147045X | TX0006547121 |
| McGraw-Hill | Chemistry | 007011644X | TX0004649635 |
| McGraw-Hill | Economics Today and Tomorrow, Interactive Student Edition | 0078280958 | TX0005894706 |
| McGraw-Hill | Family Practice Examination & Board Review, 2nd Ed. | 0071496084 | TX0006971499 |
| McGraw-Hill | Fundamentals of Corporate Finance + Standard & Poor's Educational Version of Market Insight | 0077263340 | TX0007016771 |
| McGraw-Hill | Glencoe Science: Chemistry | 0078617677 | TX0006827297 |
| McGraw-Hill | Mechanical Design Handbook, 2d Ed. | 0071466363 | TX0006340666 |
| McGraw-Hill | Polymer Nanocomposites | 0071458212 | TX0006356296 |
| McGraw-Hill | The Theory and Practice of Compiler Writing | 0070651612 | TX0001557617 |
| Pearson | Cocoa Programming for Mac OS X, 3rd Ed. | 0321503619 | TX0007005827 |
| Pearson | C++ How to Program, 7th Ed. | 0136117260 | TX0007071194 |
| Pearson | Digital Fundamentals, 9th Ed. | 0131946099 | TX0006240479 |
| Pearson | Digital Image Processing, 3rd Ed. | 013168728X | TX0006912585 |
| Pearson | Financial Accounting, 8th Ed. | 0136108865 | TX0007078632 |
| Pearson | Marketing Management, 12th Ed. | 0131457578 | TX0006150569 |
| Pearson | Mechanical Vibrations, 4th Ed. | 0130489875 | TX0005736699 |
| Pearson | Solid State Electronic Devices, 6th Ed. | 013149726X | TX0006221401 |
| Pearson | University Physics with Modern Physics, 12th Ed. | 0321501217 | TX0006554247 |
| Pearson | Upgrading and Repairing PCs, 19th Ed. | 0789739542 | TX0007718249 |
| Wiley | Applied Statistics and Probability for Engineers, 4th Ed. | 0471745898 | TX-6-428-380 |
| Wiley | Genealogy for Dummies, 5th Ed. | 0470240571 | TX-7-592-667 |
| Wiley | Getting Started in Options, 8th Ed. | 0470480033 | TX-7-139-029 |
| Wiley | March's Advanced Organic Chemistry, 6th Ed. | 0471720917 | TX-6-852-191 |
| Wiley | Mastering Windows Server 2008 R2 | 0470532866 | TX-7-147-879 |
| Wiley | Microsoft Project 2007 For Dummies | 0470036516 | TX-6-829-261 |
| Wiley | Office 2007 for Dummies | 0470009233 | TX-6-821-298 |
| Wiley | The Death of Capital | 0470466502 | TX-7-174-951 |
| Wiley | The Glycemic Index Diet for Dummies | 0470538708 | TX-7-161-867 |
| Wiley | Valuation, 4th Ed. | 0471702188 | TX-6-204-410 |