✎ AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court for the Southern District of Florida<br>400 North Miami Avenue<br>Miami, FL 33128 |
|---|---|
| DOCKET NO. | DATE FILED<br>1/17/2014 | |

| PLAINTIFF | DEFENDANT |
|---|---|
| Pearson Education, Inc., Elsevier, Inc., Cengage Learning, Inc.. John Wiley & Sons, Inc., and McGraw-Hill Global Education Holdings, LLC | Hotfile Corp. and Anton Titov |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 See Attachment | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**EXHIBIT A**

| Publisher | Title | ISBN | Copyright Registration |
|---|---|---|---|
| Cengage | Automotive Engines: Diagnosis, Repair, Rebuilding | 1435486412 | TX0006498305 |
| Cengage | Biographical Encyclopedia of the Modern Middle East & North Africa | 1414418892 | TX 6-823-484 |
| Cengage | Delmar's Dental Drug Reference | 0766801152 | TX0005280590 |
| Cengage | Gale Encyclopedia of Genetic Disorders, 2nd Ed. | 1414403658 | TX0006312290 |
| Cengage | Historic Events for Students:  The Great Depression | 0787657018 | TX0005615981 |
| Cengage | Introduction to Sports Medicine and Athletic Training | 1435464362 | TX0007295546 |
| Cengage | Junior Worldmark Encyclopedia of the Nations, 10 Volume Set, 4th Ed. | 0787692158 | TX0006061141 |
| Cengage | Master Math: Calculus | 1564143376 | TX0004836455 |
| Cengage | The Gale Encyclopedia of Psychology | 0787647861 | TX0005355954 |
| Cengage | UXL Encyclopedia of Science | 0787654329 | TX0005623177 |
| Elsevier | Dinosaur Imagery: The Science of Lost Worlds and Jurassic Art (The Lanzendorf Collection) | 0124365906 | TX0005226189 |
| Elsevier | Preparative Acetylenic Chemistry, Second Edition | 0444429603 | TX0002327036 |
| Elsevier | Handbook of Optical Constants of Solids, Volume 5: Handbook of Thermo-Optic Coefficients of Optical Materials with Applications | 0122818555 | TX0004686010 |
| Elsevier | Analytical Fracture Mechanics | 0127091203 | TX0004147154 |
| Elsevier | Guide to Protein Purification, Second Edition (Methods in Enzymology) | 0123749786 | TX0003124129 |
| Elsevier | International Review of Cytology, Volume 162B (International Review of Cytology - a Survey of Cell Biology , Vol 162b) | 0123645662 | TX0004263701 |
| Elsevier | International Review of Cytology, Volume 167 (International Review of Cell and Molecular Biology) | 0123645719 | TX0004366493 |
| Elsevier | International Review of Cytology, Volume 188: A Survey of Cell Biology (International Review of Cell and Molecular Biology) | 0123645921 | TX0005020468 |
| Elsevier | International Review of Cytology, Volume 191: A Survey of Cell Biology (International Review of Cell and Molecular Biology) | 0123645956 | TX0005020469 |

| Elsevier | Permanent Magnet & Electromechanical Devices: Materials, Analysis, and Applications (Electromagnetism) | 0122699513 | TX0005450585 |
|---|---|---|---|
| McGraw-Hill | Advertising and Promotion: An Integrated Marketing Communications Persepctive, 6th Ed. | 0072866144 | TX0005801417 |
| McGraw-Hill | Charge Pump Circuit Design | 007147045X | TX0006547121 |
| McGraw-Hill | Chemistry | 007011644X | TX0004649635 |
| McGraw-Hill | Economics Today and Tomorrow, Interactive Student Edition | 0078280958 | TX0005894706 |
| McGraw-Hill | Family Practice Examination & Board Review, 2nd Ed. | 0071496084 | TX0006971499 |
| McGraw-Hill | Fundamentals of Corporate Finance + Standard & Poor's Educational Version of Market Insight | 0077263340 | TX0007016771 |
| McGraw-Hill | Glencoe Science: Chemistry | 0078617677 | TX0006827297 |
| McGraw-Hill | Mechanical Design Handbook, 2d Ed. | 0071466363 | TX0006340666 |
| McGraw-Hill | Polymer Nanocomposites | 0071458212 | TX0006356296 |
| McGraw-Hill | The Theory and Practice of Compiler Writing | 0070651612 | TX0001557617 |
| Pearson | Cocoa Programming for Mac OS X, 3rd Ed. | 0321503619 | TX0007005827 |
| Pearson | C++ How to Program, 7th Ed. | 0136117260 | TX0007071194 |
| Pearson | Digital Fundamentals, 9th Ed. | 0131946099 | TX0006240479 |
| Pearson | Digital Image Processing, 3rd Ed. | 013168728X | TX0006912585 |
| Pearson | Financial Accounting, 8th Ed. | 0136108865 | TX0007078632 |
| Pearson | Marketing Management, 12th Ed. | 0131457578 | TX0006150569 |
| Pearson | Mechanical Vibrations, 4th Ed. | 0130489875 | TX0005736699 |
| Pearson | Solid State Electronic Devices, 6th Ed. | 013149726X | TX0006221401 |
| Pearson | University Physics with Modern Physics, 12th Ed. | 0321501217 | TX0006554247 |
| Pearson | Upgrading and Repairing PCs, 19th Ed. | 0789739542 | TX0007718249 |
| Wiley | Applied Statistics and Probability for Engineers, 4th Ed. | 0471745898 | TX-6-428-380 |
| Wiley | Genealogy for Dummies, 5th Ed. | 0470240571 | TX-7-592-667 |
| Wiley | Getting Started in Options, 8th Ed. | 0470480033 | TX-7-139-029 |
| Wiley | March's Advanced Organic Chemistry, 6th Ed. | 0471720917 | TX-6-852-191 |
| Wiley | Mastering Windows Server 2008 R2 | 0470532866 | TX-7-147-879 |
| Wiley | Microsoft Project 2007 For Dummies | 0470036516 | TX-6-829-261 |
| Wiley | Office 2007 for Dummies | 0470009233 | TX-6-821-298 |
| Wiley | The Death of Capital | 0470466502 | TX-7-174-951 |
| Wiley | The Glycemic Index Diet for Dummies | 0470538708 | TX-7-161-867 |
| Wiley | Valuation, 4th Ed. | 0471702188 | TX-6-204-410 |