AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Pearson Education, Inc. Elsevier, Inc., Cengage Learning, Inc., John Wiley & Sons, Inc., and McGraw-Hill Global Education Holdings, LLC<br><br>*Plaintiff(s)*<br><br>v.<br><br>Hotfile Corp. and Anton Titov<br><br>*Defendant(s)* | Civil Action No. **14-cv-20200-Williams/Turnoff** |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    Hotfile Corp.
    34-20 Calle 34
    Panama City 0005, Panama
    c/o Anton Titov
    101 20th Street
    Miami Beach, FL 33139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Karen L. Stetson
    GRAY-ROBINSON, P.A.
    1221 Brickell Avenue
    Suite 1600
    Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **January 17, 2014**



Steven M. Larimore
Clerk of Court

S/ Alex Rodriguez
Deputy Clerk
U.S. District Courts

**SUMMONS**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Pearson Education, Inc. Elsevier, Inc., Cengage Learning, Inc., John Wiley & Sons, Inc., and McGraw-Hill Global Education Holdings, LLC <br><br> *Plaintiff(s)* <br> v. <br><br> Hotfile Corp. and Anton Titov <br><br> *Defendant(s)* | Civil Action No. 14-cv-20200-Williams/Turnoff |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

>Anton Titov
>101 20th Street
>Miami Beach, FL 33139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>Karen L. Stetson
>GRAY-ROBINSON, P.A.
>1221 Brickell Avenue
>Suite 1600
>Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **January 17, 2014**



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Alex Rodriguez
Deputy Clerk
U.S. District Courts