FILING FEE
PAID 75-
Pro hac CS1000 12554
Vice
Steven M. Larimore, Clerk

FILED by MHL D.C.
JAN 2 3 2014
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-CV-20200-Williams/Turnoff

PEARSON EDUCATION, INC., ELSEVIER,
INC., CENGAGE LEARNING, INC., JOHN
WILEY & SONS, INC., and MCGRAW-HILL
GLOBAL EDUCATION HOLDINGS, LLC,

    *Plaintiffs,*

v.

HOTFILE CORP. and ANTON TITOV,

    *Defendants.*

_____/

## MOTION TO APPEAR *PRO HAC VICE,* CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Matthew J. Oppenheim of the law firm of Oppenheim + Zebrak, LLP, Telephone: (202) 621-9027, for purposes of appearance as counsel on behalf of Plaintiffs, Pearson Education, Inc., Elsevier, Inc., Cengage Learning, Inc., John Wiley & Sons, Inc., and McGraw-Hill Global Education Holdings, LLC, in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Matthew J. Oppenheim to receive electronic filings in this case, and in support thereof states as follows:

    1.    Matthew J. Oppenheim is not admitted to practice in the Southern District of Florida, but is a member in good standing of the Bars of the District of Columbia, State of New York and State of Maryland Courts. Matthew J. Oppenheim is also a member in good standing

of the following federal courts: District of Maryland, District of Columbia, Southern District of New York, Eastern District of New York, Northern District of New York, Northern District of Illinois, Eastern District of Wisconsin, Eastern District of Michigan, Court of Appeals for the First, Second, Fourth, Fifth, Seventh, Eighth and Eleventh Circuits and United States Supreme Court.

2. Matthew J. Oppenheim has not made more than three appearances within a 365-day period in separate representations before the Courts of this District. *See* Rule 4, Special Rules Governing the Admission and Practice of Attorneys in the Southern District of Florida.

3. Movant, Karen L. Stetson, Esquire, of the law firm of GrayRobinson, 1221 Brickell Avenue, Suite 1600, Miami, Florida 33131, Telephone: (305) 416-6880, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

4. In accordance with the local rules of this Court, Matthew J. Oppenheim has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

5. Matthew J. Oppenheim, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Matthew J. Oppenheim at email address: matt@oandzlaw.com.

WHEREFORE, Karen L. Stetson, Esq. moves this Court for an Order for Matthew J. Oppenheim, to appear before this Court on behalf of Plaintiffs, Pearson Education, Inc., Elsevier, Inc., Cengage Learning, Inc., John Wiley & Sons, Inc., and McGraw-Hill Global Education Holdings, LLC, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Matthew J. Oppenheim at matt@oandzlaw.com.

Date: January 23, 2014.

Respectfully submitted,

GrayRobinson, P.A.
Attorneys for Plaintiffs
1221 Brickell Avenue
Suite 1650
Miami, FL 33131
Tel: (305) 416-6880
Fax: (305) 416-6887

By: /s/ Karen L. Stetson
KAREN L. STETSON
Florida. Bar No. 742937
karen.stetson@gray-robinson.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear Pro Hac Vice, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was conventionally filed and served via Email this 23rd day of January, 2014 on all counsel of record:

*Defendants:*

Hotfile Corp.
c/o Anton Titov
101 20th Street
Miami Beach, FL 33139

Anton Titov
101 20th Street
Miami Beach, FL 33139


*Attorneys for Plaintiffs:*

GrayRobinson, P.A.
1221 Brickell Avenue
Suite 1650
Miami, FL 33131
Tel: (305) 416-6880
Fax: (305) 416-6887

Oppenheim + Zebrak, LLP
4400 Jenifer Street, NW
Suite 250
Washington, D.C. 20015
Tel: (202) 621-9027

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| PEARSON EDUCATION, INC., ELSEVIER, INC., CENGAGE LEARNING, INC., JOHN WILEY & SONS, INC., AND MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC,<br><br>    Plaintiffs,<br>v.<br><br>HOTFILE CORP. and ANTON TITOV,<br><br>    Defendants. | Case No. 14-CV-20200 |

### CERTIFICATION OF MATTHEW J. OPPENHEIM

Matthew J. Oppenheim, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that:

(1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and

(2) I am a member in good standing of the bars of the District of Columbia, the State of New York, and the State of Maryland. I am also a member in good standing of the following federal courts:

    District of Maryland

    District of Columbia

    Southern District of New York

    Eastern District of New York

    Northern District of New York

    Northern District of Illinois

Eastern District of Wisconsin

Eastern District of Michigan

Court of Appeals for the First, Second, Fourth, Fifth, Seventh, Eighth, and Eleventh Circuits

United States Supreme Court

Dated: January 17, 2014

_____
Matthew J. Oppenheim
Oppenheim + Zebrak, LLP
4400 Jenifer Street, NW
Suite 250
Washington, DC 20015
Tel: 202.621.9027
Fax: 866.766.1678 (fax)
matt@oandzlaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-CV-20200-Williams/Turnoff

PEARSON EDUCATION, INC., ELSEVIER,
INC., CENGAGE LEARNING, INC., JOHN
WILEY & SONS, INC., and MCGRAW-HILL
GLOBAL EDUCATION HOLDINGS, LLC,

    *Plaintiffs,*

v.

HOTFILE CORP. and ANTON TITOV,

    *Defendants.*
_____/

**ORDER GRANTING MOTION TO APPEAR
*PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE came before the Court on the Motion to Appear *Pro Hac Vice* for Matthew J. Oppenheim, Esq., Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Matthew J. Oppenheim, may appear and participate in this action on behalf of Plaintiffs, Pearson Education, Inc., Elsevier, Inc., Cengage Learning, Inc., John Wiley & Sons, Inc., and McGraw-Hill Global Education Holdings, LLC.

The Clerk shall provide electronic notification of all electronic filings to Matthew J. Oppenheim, at email address: matt@oandzlaw.com.

DONE AND ORDERED in Chambers at _____ , Florida, this ____ day of _____, 2014.

_____
United States District Judge

Copies furnished to:
All Counsel of Record