UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-20200-Civ-WILLIAMS

PEARSON EDUCATION, INC. et al.,

    Plaintiffs,

vs.

HOTFILE CORP. and
ANTON TITOV,

    Defendants.
_____/

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

This **MATTER** is before the Court on a Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing [D.E. 5], requesting, pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, permission for Matthew J. Oppenheim, Esq. to appear *pro hac vice* in this case and to electronically receive notice of electronic filings. The Court hereby **GRANTS** the motion. Matthew J. Oppenheim, Esq. may appear and participate in this action on behalf of Plaintiffs. The Clerk shall provide electronic notification of all electronic filings to Matthew J. Oppenheim, Esq. at matt@oandzlaw.com.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this 28 day of January 2014.

                                            KATHLEEN M. WILLIAMS
                                            UNITED STATES DISTRICT JUDGE

1