UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.  14-CV-20200-WILLIAMS-SIMONTON

PEARSON EDUCATION, INC., ELSEVIER,
INC., CENGAGE LEARNING, INC., JOHN
WILEY & SONS, INC. and MCGRAW-HILL
EDUCATION HOLDINGS, LLC
,

      Plaintiffs,

v.

HOTFILE CORP. and ANTON TITOV,

      Defendants.

_____/

## NOTICE OF FILING PROPOSED SUMMONSES

      Plaintiffs, PEARSON EDUCATION, INC., ELSEVIER, INC., CENGAGE

LEARNING, INC., JOHN WILEY & SONS, INC. and MCGRAW-HILL EDUCATION

HOLDINGS, LLC. hereby file the attached Proposed Summonses to (i) Hotfile Corp., (ii)

Hotfile Corp. (additional address), (iii) Anton Titov, (iv) Anton Titov (additional

address).

                          Respectfully submitted,

                          GrayRobinson, P.A.
                          *Attorneys for Plaintiffs*
                          1221 Brickell Avenue
                          Suite 1600
                          Miami, FL 33131
                          Telephone: (305) 416-6880
                          Facsimile:  (305) 416-6887
                          By:    <u>/s/Karen L. Stetson</u>
                                Karen L. Stetson
                                  Florida Bar No. 742937
                                  Jonathan L. Gaines
                                  Florida Bar No. 330361

                          and

Oppenheim + Zebrak
*Attorneys for Plaintiffs*
Matthew J. Oppenheim (*pro hac vice*)
Kerry M. Mustico (*pro hac vice*)
4400 Jenifer Street, N.W.
Suite 250
Washington, D.C. 20015
Tel: (202) 621-9027