AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

<div style="border:1px solid">Southern District of Florida</div>

| | |
|---|---|
| Pearson Education, Inc., Elsevier, Inc., Cengage Learning, Inc., John Wiley & Sons, Inc., and McGraw-Hill Global Education Holdings, LLC | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  14-cv-20200-Williams/Simonton |
| | ) |
| Hotfile Corp. and Anton Titov | ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Hotfile Corp.
j.k. Iztok, bl. 22, entrance A
Sofia, Bulgaria

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Karen L. Stetson
GRAY-ROBINSON, P.A.
1221 Brickell Avenue
Suite 1600
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  **April 11, 2014**  _____



SUMMONS

Steven M. Larimore
Clerk of Court

S/ Alex Rodriguez
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| Pearson Education, Inc., Elsevier, Inc., Cengage Learning, Inc., John Wiley & Sons, Inc., and McGraw-Hill Global Education Holdings, LLC <br><br> *Plaintiff(s)* <br><br> v. <br><br> Hotfile Corp. and Anton Titov <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) Civil Action No.  14-cv-20200-Williams/Simonton |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

     Hotfile Corp.
     Park Vartopo Str.,
     Section A, fl. 5 and fl. 6, ap. 16
     Musagenica, Sofia
     Bulgaria

  A lawsuit has been filed against you.

  Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

     Karen L. Stetson
     GRAY-ROBINSON, P.A.
     1221 Brickell Avenue
     Suite 1600
     Miami, FL 33131

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: **April 11, 2014**

Steven M. Larimore
Clerk of Court

S/ Alex Rodriguez
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| Pearson Education, Inc., Elsevier, Inc., Cengage Learning, Inc., John Wiley & Sons, Inc., and McGraw-Hill Global Education Holdings, LLC <br><br> *Plaintiff(s)* <br><br> v. <br><br> Hotfile Corp. and Anton Titov <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  14-cv-20200-Williams/Simonton |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

                   Anton Titov
                   j.k. Iztok, bl. 22, entrance A
                   Sofia, Bulgaria

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                   Karen L. Stetson
                   GRAY-ROBINSON, P.A.
                   1221 Brickell Avenue
                   Suite 1600
                   Miami, FL 33131

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS

Date:  __April 11, 2014__

                                                   S/ Alex Rodriguez

Steven M. Larimore        Deputy Clerk
Clerk of Court             U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Pearson Education, Inc., Elsevier, Inc., Cengage Learning, Inc., John Wiley & Sons, Inc., and McGraw-Hill Global Education Holdings, LLC<br><br>*Plaintiff(s)*<br><br>v.<br><br>Hotfile Corp. and Anton Titov<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  14-cv-20200-Williams/Simonton

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Anton Titov
Park Vartopo Str.,
Section A, fl. 5 and fl. 6, ap. 16
Musagenica, Sofia
Bulgaria

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Karen L. Stetson
GRAY-ROBINSON, P.A.
1221 Brickell Avenue
Suite 1600
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   **April 11, 2014**

Steven M. Larimore
Clerk of Court

S/ Alex Rodriguez
Deputy Clerk
U.S. District Courts