# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

IN RE:   CERTIFICATION AND ORDERS
OF TRANSFER TO
MAGISTRATE JUDGE

_____/

The above matters come before the undersigned Magistrate Judge following District Judge Kathleen M. Williams' Orders of Reassignment to District Judge Beth Bloom. The undersigned certifies that the attached list of cases presently have no referred, fully briefed pending motions and are therefore ready to be transferred to Judge Beth Bloom's paired Magistrate Judge. The Clerk of Court shall hereby transfer the Magistrate Judge assignment for the attached listed cases to Judge Beth Bloom's paired Magistrate Judge.

DONE and ORDERED in Miami, Florida, this 2nd day of July, 2014.

*/s/ Andrea M. Simonton*

_____
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

c:   All counsel of record/pro se parties