UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-CV-20200-BB

PEARSON EDUCATION, INC.,
ELSEVIER, INC.,
CENGAGE LEARNING, INC.,
JOHN WILEY & SONS, INC., and
MCGRAW-HILL GLOBAL EDUCATION
HOLDINGS, LLC,

   Plaintiffs,

v.

HOTFILE CORP. and
ANTON TITOV,

   Defendants.

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-STYLED COURT:

YOU ARE HEREBY NOTIFIED that the undersigned attorney does hereby enter his appearance as attorney of record and local counsel for the Defendants HOTFILE CORP. and ANTON TITOV, in the above-styled cause and you are hereby requested to furnish the said attorney with copies of all future motions, orders, etc., in this cause.

Respectfully submitted this 21st day of July, 2014.

        COBB EDDY MIJARES, PLLC
        *Attorneys for Defendants'*
        642 Northeast Third Avenue
        Fort Lauderdale, Florida 33304
        Telephone (954) 527-4111
        Facsimile  (954) 900-5507

        **By: ___/s/ BRADY J. COBB_____**
        BRADY J. COBB, ESQUIRE
        Florida Bar No. 031018
        bcobb@cemlaw.net

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served electronically via the cmecf electronic filing system on all counsel or parties of record on the attached service list this 21st day of July, 2014.

                                              ___/s/ BRADY J. COBB_____
                                              BRADY J. COBB
                                              Florida Bar Number 0031018
                                              Bcobb@cemlaw.net

## SERVICE LIST:

CASE NO. 14-CV-20200-BB

*Counsel for Plaintiffs:*

| | |
|---|---|
| GRAY-ROBINSON, P.A. | OPPENHEIM + ZEBRAK, LLP |
| Karen L. Stetson (Fla Bar No. 742937) | Matthew J. Oppenheim |
| karen.stetson@gray-robinson.com | matt@oandzlaw.com |
| 1221 Brickell Avenue | Kerry M. Mustico |
| Suite 1600 | Kerry@oandzlaw.com |
| Miami, Florida 33131 | 4400 Jenifer Street, NW, Suite 250 |
| Phone: 305.416.6880 | Washington, DC 200015 |
| Fax: 305.416.6887 | Phone: 202.621.9027 |

*Counsel for Defendants:*

| | |
|---|---|
| Valentin Gurvits, Esq. (*Pro Hac Vice*) | Brady J. Cobb, Esquire |
| Email: vgurvits@bostonlawgroup.com | COBB EDDY MIJARES, PLLC |
| Matthew Shayefar, Esq. *(Pro Hac Vice)* | 624 Northeast Third Avenue |
| Email: matt@bostonlawgroup.com | Fort Lauderdale, Florida 33304 |
| BOSTON LAW GROUP | Telephone: 954.527.4111 |
| 825 Beacon Street, Suite 20 | Facsimile: 954.900.5507 |
| Newton Center, MA 02459 | |
| Telephone: 617.928.1800 | |
| Telecopy: 617.928.1802 | |