UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PEARSON EDUCATION, INC.,
ELSEVIER, INC.,
CENGAGE LEARNING, INC.,
JOHN WILEY & SONS, INC., and
MCGRAW-HILL GLOBAL EDUCATION
HOLDINGS, LLC,

   Plaintiffs,

v.

HOTFILE CORP. and
ANTON TITOV,

   Defendants.

**DEFENDANT ANTON TITOV'S MOTION TO DISMISS
FOR LACK OF PERSONAL JURISDICTION**

Pursuant to Federal Rule of Civil Procedure 12(b)(2), Defendant Anton Titov ("Titov") respectfully moves for the Court to dismiss the Complaint as against Titov for lack of personal jurisdiction. In support of this Motion, Titov states that he is not subject to jurisdiction under Florida's long arm statute, nor can personal jurisdiction be properly exercised over him in accordance with the Due Process provisions of the United States Constitution. In further support of this Motion, Titov relies on the accompanying Memorandum of Law and other supporting documents. Titov hereby appears specially only for the purposes of this Motion and for no other purpose so as to submit himself to the jurisdiction of this Honorable Court.

**Respectfully submitted:**

/s/ Valentin Gurvits
Valentin D. Gurvits (# 643572 - *pro hac vice* pending)
Matthew Shayefar (# 685927 - *pro hac vice* pending)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, MA  02459
Telephone: (617) 928-1804
Facsimile: (617) 928-1802
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com

/s/ Brady J. Cobb
Brady J. Cobb, Esquire
Florida Bar No. 031018
COBB EDDY MIJARES, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone (954) 527-4111
Facsimile  (954) 900-5507
bcobb@cemlaw.net

/s/ Evan Fray-Witzer
Evan Fray-Witzer (# 564349 - *pro hac vice* pending)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, MA 02116
Telephone: (617) 426-0000
Facsimile: (617) 423-4855
Evan@CFWlegal.com

*Attorneys for Anton Titov*

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served electronically via the CM/ECF electronic filing system on all counsel or parties of record on the attached service list this 21st day of July, 2014.

/s/ Brady J. Cobb
Brady J. Cobb