UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PEARSON EDUCATION, INC.,
ELSEVIER, INC.,
CENGAGE LEARNING, INC.,
JOHN WILEY & SONS, INC., and
MCGRAW-HILL GLOBAL EDUCATION
HOLDINGS, LLC,

   Plaintiffs,

v.

HOTFILE CORP. and
ANTON TITOV,

   Defendants.

**DECLARATION OF ANTON TITOV IN SUPPORT OF
MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

I, Anton Titov, declare as follows:

    1.    I am a founder and technologist for Defendant Hotfile Corporation ("Hotfile") and a named defendant in the above captioned action. This declaration is based on personal knowledge unless indicated otherwise and all statements contained in this declaration are true and correct to the best of my knowledge. If called as a witness, I could and would testify to the facts set forth in this declaration.

    2.    Hotfile operated a service at the website Hotfile.com (the "Hotfile Website").

    3.    The Hotfile Website was permanently shut down in December of 2013.

    4.    I never owned or operated the Hotfile Website – Hotfile did.

    5.    I am a Russian citizen who has resided in Bulgaria for the last two decades.

1

6. My wife, son, mother and brother all reside in Bulgaria, where I own a home and a car and pay taxes.

7. I do not own property in Florida, I do not pay taxes in Florida, I do not have a bank account in Florida and I have no agent for the service of process in Florida.

8. My only business connections with Florida were infrequent and passing contacts in connection with my work for Lemuria Communications Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 21st day of July, 2014.

_____
Anton Titov