UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-20200-CIV-BLOOM/Valle

PEARSON EDUCATION, INC.,
ELSEVIER, INC., CENGAGE
LEARNING, INC., JOHN WILEY &
SONS, INC., and McGRAW-HILL
GLOBAL EDUCATION HOLDINGS, LLC,

      Plaintiffs,

v.

HOTFILE CORP. and ANTON TITOV,

      Defendants.

_____/

ORDER REQUIRING SCHEDULING REPORT
AND CERTIFICATES OF INTERESTED PARTIES[1]

The parties are directed to prepare and file a joint scheduling report, as required by Local Rule 16.1, by

August 13, 2014.  In addition, by August 13, 2014, the parties, including governmental parties, must file

certificates of interested parties and corporate disclosure statements that contain a complete list of persons,

associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case,

including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related

to a party.  Throughout the pendency of the action, the parties are under a continuing obligation to amend,

correct, and update the certificates.

      DONE AND ORDERED in Chambers at Fort Lauderdale, Florida this 23rd day of July, 2014.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

cc:     counsel of record

---

[1] The parties must not include Judge Bloom and U.S. Magistrate Judge Valle as interested parties unless they have an interest in the litigation.