

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-CV-20200-BB

PEARSON EDUCATION, INC.,
ELSEVIER, INC., CENGAGE
LEARNING, INC., JOHN WILEY &
SONS, INC., AND MCGRAW-HILL
GLOBAL EDUCATION HOLDINGS, LLC,

Plaintiffs,

v.

HOTFILE CORP. and ANTON TITOV

Defendants.        /

# [UNOPPOSED] MOTION FOR VALENTIN GURVITS TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Valentin Gurvits ("Mr. Gurvits") of the law firm of Boston Law Group, PC, 825 Beacon Street, Suite 20, Newton, Massachusetts 02459, Telephone No.: 617.928.1804, Telecopy No.: 617.928.1802, for purposes of appearance as counsel on behalf of Defendants Hotfile Corp. and Anton Titov ("Defendants"), in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Mr. Gurvits to receive electronic filings in this case, and in support thereof states as follows:

1. Mr. Gurvits is not admitted to practice in the Southern District of Florida, but is a member in good standing of the State Bar of Massachusetts. Mr. Gurvits is also admitted to practice in the United States District Court for the District of Massachusetts.

2. Mr. Gurvits has not made more than three appearances within a 365-day period in separate representations before the Courts of this District. *See* Rule 4, Special Rules Governing the Admission and Practice of Attorneys in the Southern District of Florida.

3. Movant, Brady J. Cobb, of the law firm of Cobb Eddy Mijares, PLLC, 642 Northeast Third Avenue, Fort Lauderdale, Florida 33304, Telephone No.: 954.527.4111, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

4. In accordance with the local rules of this court, Mr. Gurvits has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto as Exhibit "A," and a certificate of good standing from the State Bar of Massachusetts is attached hereto as Exhibit "B."

5. Mr. Gurvits, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to, Valentin Gurvits, Esquire at email address: vgurvits@bostonlawgroup.com.

WHEREFORE, Brady J. Cobb, Esquire, moves this Court for an Order for Valentin Gurvits, Esquire, to appear before this Court on behalf of Defendants for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Valentin Gurvits, Esquire at vgurvits@bostonlawgroup.com.  A proposed Order is attached hereto as Exhibit "C."

## CERTIFICATE OF GOOD FAITH CONFERENCE

I hereby certify that counsel for the movant conferred with all parties or non-parties who may be affected by the relief sought in this motion, including Plaintiffs' counsel, in a good faith effort to resolve the issues and Plaintiffs do not oppose the motion.

_____
Brady J. Cobb

Dated: July 23rd, 2014            Respectfully submitted,

                                                      s/ Brady J. Cobb_____
Brady J. Cobb, Esq., Fla. Bar No. 031018
Email: bcobb@cemlaw.net
COBB EDDY MIJARES, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone: 954.527.4111
Telecopy: 954.900.5507
*Counsel for Defendants Hotfile Corporation
 and Anton Titov*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing motion was conventionally filed and served via Email this 23rd day of July, 2014 on all counsel of record:

*Counsel for Plaintiffs:*

GRAY-ROBINSON, P.A.
Karen L. Stetson (FL Bar No. 742937)
karen.stetson@gray-robinson.com
1221 Brickell Avenue
Suite 1600
Miami, FL 33131
Phone: 305.416.6880
Fax: 305.416.6887

OPPENHEIM + ZEBRAK, LLP
Matthew J. Oppenheim
matt@oandzlaw.com
Kerry M. Mustico
Kerry@oandzlaw.com
4400 Jenifer Street, NW, Suite 250
Washington, DC 200015
Phone: 202.621.9027


*Counsel for Defendants:*

BOSTON LAW GROUP
Valentin Gurvits, Esq. (*Pro Hac Vice* to be filed)
vgurvits@bostonlawgroup.com
Matthew Shayefar, Esq. (*Pro Hac Vice* to be filed)
matt@bostonlawgroup.com
825 Beacon Street, Suite 20
Newton Center, MA  02459
Telephone:  617.928.1800
Telecopy:  617.928.1802

CIAMPA FRAY-WITZER
Evan Fray-Witzer, Esq. (*Pro Hac Vice* to be filed)
evan@cfwlegal.com
20 Park Plaza, Suite 505
Boston, MA  02116

By: _____
Brady J. Cobb

4

*Pearson Education, Inc., et al. v. Hotfile Corp., et al.*

Case No.:  14-CV-20200-BB

# EXHIBIT "A"
## Certification of Valentin Gurvits

# Filed in Support of the Unopposed Motion for Valentin Gurvits to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-CV-20200-BB

PEARSON EDUCATION, INC.,
ELSEVIER, INC., CENGAGE
LEARNING, INC., JOHN WILEY &
SONS, INC., AND MCGRAW-HILL
GLOBAL EDUCATION HOLDINGS, LLC,

Plaintiffs,

v.

HOTFILE CORP., and ANTON TITOV,

Defendants.                                    /

## CERTIFICATION OF VALENTIN GURVITS

Valentin Gurvits, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that:

(1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and

(2) I am a member in good standing of the State Bar of Massachusetts. I am also a member in good standing of all courts in Massachusetts and the United States District Court for the District of Massachusetts.

VALENTIN GURVITS

Date: July 21, 2014

*Pearson Education, Inc., et al. v. Hotfile Corp., et al.*

Case No.: 14-CV-20200-BB

# EXHIBIT "B"
### Certificate of Admission and Good Standing of Valentin Gurvits

# Filed in Support of the Unopposed Motion for Valentin Gurvits to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **fourteenth** day of **December** A.D. **1999**, said Court being the highest Court of Record in said Commonwealth:

## Valentin David Gurvits

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **tenth** day of **July** in the year of our Lord **two thousand and fourteen.**

*[signature]*
MAURA S. DOYLE, Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

*Pearson Education, Inc., et al. v. Hotfile Corp., et al.*

Case No.:  14-CV-20200-BB

# EXHIBIT "C"
(Proposed) Order for Valentin Gurvits

# Filed in Support of the Unopposed Motion for Valentin Gurvits to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-CV-20200-BB

PEARSON EDUCATION, INC.,
ELSEVIER, INC., CENGAGE
LEARNING, INC., JOHN WILEY &
SONS, INC., AND MCGRAW-HILL
GLOBAL EDUCATION HOLDINGS, LLC,

Plaintiffs,

v.

HOTFILE CORP., and ANTON TITOV,

Defendants.                                        /

**(PROPOSED) ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
<u>RECEIVE NOTICES OF ELECTRONIC FILINGS</u>**

THIS MATTER is before the Court upon Valentin Gurvits's Motions to Appear *Pro Hac Vice* on behalf of Defendants. The Court having considered the Motion and all other relevant factors, it is hereby ORDERED AND ADJUDGED that the Motion is GRANTED. Valentin Gurvits may appear and participate in this action on behalf of Defendants. The Clerk shall provide electronic notification of all electronic filings to Mr. Gurvits at vgurvits@bostonlawgroup.com.

DONE AND ORDERED in Chambers at Miami, Florida this ____ day of _____, 2014.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE