UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 14-20200-CIV-BLOOM/Valle

PEARSON EDUCATION, INC., ELSEVIER, INC.,
CENGAGE LEARNING, INC., JOHN WILEY &
SONS, INC., AND MCGRAW-HILL GLOBAL
EDUCATION HOLDINGS, LLC,

    *Plaintiffs*,

v.

HOTFILE CORP. and ANTON TITOV,

    *Defendants*.

_____/

## PLAINTIFFS' RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs Pearson Education, Inc., Elsevier, Inc., Cengage Learning, Inc., John Wiley & Sons, Inc., and McGraw-Hill Global Education Holdings, LLC certify as follows:

1. Pearson Education, Inc. is an indirect wholly owned subsidiary of Pearson PLC, a U.K. company, which is publicly traded on the London and New York Stock Exchanges.

2. Elsevier, Inc. is a subsidiary of Mosby Holdings Corp., which is a subsidiary of Elsevier STM Inc.  Elsevier STM Inc. is a wholly owned subsidiary of Reed Elsevier Inc.  The ultimate parents of Reed Elsevier Inc. are Reed Elsevier PLC and Reed Elsevier NV, which are publicly traded companies listed on the London Stock Exchange and Amsterdam (NEXT) Stock Exchange, respectively.  Both Reed Elsevier PLC and Reed Elsevier NV trade on the New York Stock Exchange via ADRs.

3. Cengage Learning, Inc. is not a public company and no public corporation owns 10% or more of the interest in Cengage Learning, Inc.

4. John Wiley & Sons, Inc. is not a public company and no publicly held companies own 10% or more of the interest in John Wiley & Sons, Inc.

5. McGraw-Hill Global Education Holdings, LLC does not have any parent corporation or publicly held corporation that owns 10% or more of its stock.  Its parent company is McGraw-Hill Global Education Intermediate Holdings, LLC, which is not publicly held.

Dated:  July 30, 2014

By:  */s/ Karen L. Stetson*
Karen L. Stetson

GRAY-ROBINSON, P.A.
Karen L. Stetson (FL Bar No. 742937)
1221 Brickell Avenue, Suite 1600
Miami, FL 33131
Tel: 305-416-6880
Fax: 305-416-6887
karen.stetson@gray-robinson.com

OPPENHEIM + ZEBRAK, LLP
Matthew J. Oppenheim (admitted *pro hac vice*)
Kerry M. Mustico (admitted *pro hac vice*)
4400 Jenifer Street, NW, Suite 250
Washington, DC 20015
Tel:  202-621-9027
matt@oandzlaw.com
kerry@oandzlaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via ECF to the parties on the Service List below on this 30th day of July, 2014.

By:  */s/ Karen L. Stetson*

CASE NO.  14-cv-20200-BB

**SERVICE LIST**

Valentin D. Gurvits
Matthew Shayefar
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Telephone: (617) 928-1804
Facsimile: (617) 928-1802
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com

Brady J. Cobb
COBB EDDY MIJARES, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone (954) 527-4111
Facsimile (954) 900-5507
bcobb@cemlaw.net

Evan Fray-Witzer
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, MA 02116
Telephone: (617) 426-0000
Facsimile: (617) 423-4855
Evan@CFWlegal.com