UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 14-20200-CIV-BLOOM/Valle

PEARSON EDUCATION, INC., ELSEVIER, INC.,
CENGAGE LEARNING, INC., JOHN WILEY &
SONS, INC., AND MCGRAW-HILL GLOBAL
EDUCATION HOLDINGS, LLC,

    *Plaintiffs*,

v.

HOTFILE CORP. and ANTON TITOV,

    *Defendants*.

_____/

**PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT
OF TIME TO FILE THEIR RESPONSE IN OPPOSITION TO
DEFENDANT ANTON TITOV'S MOTION TO DISMISS**

    Plaintiffs, PEARSON EDUCATION, INC., ELSEVIER, INC., CENGAGE LEARNING, INC., JOHN WILEY & SONS, INC., and MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC by and through undersigned counsel, file this Unopposed Motion for Enlargement of Time to File Their Response in Opposition to Defendant Anton Titov's Motion to Dismiss, requesting an enlargement of 30 days, through and including September 8, 2014, and in support thereof states as follows:

    1.    Plaintiffs request a 30-day enlargement of time, through September 8, 2014 to file their Response in Opposition to Defendant Anton Titov's Motion to Dismiss.

    2.    The additional time is necessary in order for counsel to accommodate previously arranged travel plans, to confer with their clients with regard to the response, and due to the press of other matters.

3. Plaintiffs have not previously sought an enlargement of time with regard to this response and the requested enlargement is sought in good faith, not for purposes of delay, and will not prejudice any party.

4. The Court may allow the requested enlargement of time pursuant to Federal Rule of Civil Procedure 6(b)(1)(A).

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)

Undersigned counsel have conferred with counsel for Defendants Hotfile Corp. and Anton Titov with regard to the requested enlargement of time and is advised that there is no objection to the requested enlargement.

WHEREFORE, based on the foregoing, Plaintiffs request that the Court enter an order enlarging the time for the filing of Plaintiffs' response to Defendant Anton Titov's Motion to Dismiss by 30 days, through and including September 8, 2014.

Dated:  July 30, 2014

Respectfully submitted,

*/s/ Karen L. Stetson*
Karen L. Stetson
GRAY-ROBINSON, P.A.
Karen L. Stetson (FL Bar No. 742937)
1221 Brickell Avenue, Suite 1600
Miami, FL 33131
Tel: 305-416-6880
Fax: 305-416-6887
karen.stetson@gray-robinson.com

OPPENHEIM + ZEBRAK, LLP
Matthew J. Oppenheim (admitted *pro hac vice*)
Kerry M. Mustico (admitted *pro hac vice*)
4400 Jenifer Street, NW, Suite 250
Washington, DC 20015
Tel:  202-621-9027
matt@oandzlaw.com
kerry@oandzlaw.com

*Attorneys for Plaintiffs*

CASE NO.  14-cv-20200-BB

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via ECF to the parties on the Service List below on this 30th day of July, 2014.

By:  */s/ Karen L. Stetson*

## SERVICE LIST

Valentin D. Gurvits
Matthew Shayefar
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Telephone: (617) 928-1804
Facsimile: (617) 928-1802
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com

Brady J. Cobb
COBB EDDY MIJARES, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone (954) 527-4111
Facsimile (954) 900-5507
bcobb@cemlaw.net

Evan Fray-Witzer
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, MA 02116
Telephone: (617) 426-0000
Facsimile: (617) 423-4855
Evan@CFWlegal.com