UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 14-20200-CIV-BLOOM/Valle

PEARSON EDUCATION, INC., ELSEVIER, INC.,
CENGAGE LEARNING, INC., JOHN WILEY &
SONS, INC., AND MCGRAW-HILL GLOBAL
EDUCATION HOLDINGS, LLC,

    *Plaintiffs*,

v.

HOTFILE CORP. and ANTON TITOV,

    *Defendants*.

_____/

**[PROPOSED] ORDER GRANTING MOTION FOR ENLARGEMENT
OF TIME TO FILE RESPONSE IN OPPOSITION TO
DEFENDANT ANTON TITOV'S MOTION TO DISMISS**

    This cause came before the Court upon Plaintiffs' Unopposed Motion For Enlargement of Time To File Their Response in Opposition to Defendant Anton Titov's Motion to Dismiss, and the Court, having reviewed the pleadings herein and being otherwise fully advised in the premises, hereby

    ORDERS AND ADJUDGES:

    The Motion is granted.  Plaintiffs shall file their Response in Opposition to the Motion to Dismiss by September 8, 2014.

    DONE AND ORDERED in Fort Lauderdale, Florida this ___ day of _____, 2014.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE