UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 14-20200-CIV-BLOOM/Valle

PEARSON EDUCATION, INC., ELSEVIER, INC.,
CENGAGE LEARNING, INC., JOHN WILEY &
SONS, INC., AND MCGRAW-HILL GLOBAL
EDUCATION HOLDINGS, LLC,

    *Plaintiffs*,

v.

HOTFILE CORP. and ANTON TITOV,

    *Defendants*.

_____/

## JOINT PROPOSED SCHEDULING ORDER

The parties having submitted their Fed. R. Civ. Pr. 26(f) and Local Rule 16.1 Report, it is hereby Ordered that:

    1.    This case is assigned to the Standard Track.

    2.    All motions to join additional parties or amend the pleadings shall be filed no later than 210 days from the date Defendant Titov files an Answer to the Complaint or the date of an order dismissing Defendant Titov from this action with prejudice, whichever occurs first ("Start of Discovery").[1]

    3.    The parties will exchange privilege logs no later than 210 days from the Start of Discovery.

    4.    The parties will make expert disclosures under Fed. R. Civ. P. 26(a)(2) no

---

[1] This Joint Proposed Scheduling Order does not contemplate discovery that Plaintiffs may seek related to Defendant Titov's motion to dismiss for lack of personal jurisdiction. In particular, to the extent Plaintiffs seek discovery related to personal jurisdiction over Defendant Titov, Plaintiffs may seek such discovery and/or seek permission from the Court to serve such discovery prior to the Start of Discovery.

later than 210 days from the Start of Discovery.

     5.     The parties will exchange rebuttal expert reports no later than 240 days from the Start of Discovery.

     6.     The parties shall complete discovery no later than 269 days from the Start of Discovery.

     7.     Each party may bring a motion for summary judgment on any grounds no later than 330 days from the Start of Discovery.

     8.     All pretrial motions shall be filed no later than _____.

     9.     All pretrial motions shall be resolved by the Court no later than _____.

     10.     A pretrial conference shall be held on _____.

     11.     Trial shall commence on _____.

DONE and ORDERED in Chambers at Fort Lauderdale, Florida this \_\_\_\_ day of _____, 2014.

                                          _____
                                          Hon. Beth Bloom
                                          United States District Judge