UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 14-20200-CIV-BLOOM/VALLE

PEARSON EDUCATION, INC., ELSEVIER, INC.,
CENGAGE LEARNING, INC., JOHN WILEY &
SONS, INC., AND MCGRAW-HILL GLOBAL
EDUCATION HOLDINGS, LLC,

    *Plaintiffs*,

v.

HOTFILE CORP. and ANTON TITOV,

    *Defendants*.

_____/

**DECLARATION OF KERRY M. MUSTICO
IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT ANTON
TITOV'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

    I, Kerry M. Mustico, hereby declare, pursuant to 28 U.S.C. § 1746, that the following statements are true and correct to the best of my personal knowledge and belief:

    1.    I am an attorney licensed to practice law in the State of New York, the District of Columbia, and the Commonwealth of Massachusetts.  I am Senior Counsel in the law firm, Oppenheim + Zebrak, LLP, and counsel to Plaintiffs Pearson Education, Inc., Elsevier, Inc., Cengage Learning, Inc., John Wiley & Sons, Inc., and McGraw-Hill Global Education Holdings, LLC. (collectively referred to herein as "Publishers" or "Plaintiffs").  I submit this declaration in support of Plaintiffs' Opposition to Defendant Anton Titov's Motion to Dismiss for Lack of Personal Jurisdiction in the above-captioned case.

2. Plaintiffs are companies that publish and sell textbooks and associated learning materials to students and others, including in the State of Florida.

3. According to Florida's Division of Corporations, Lemuria Communications Inc. ("Lemuria") is currently an active corporation and Anton Titov is its only listed officer or director. *See* Lemuria's corporate detail as of August 21, 2014 from the Florida Department of State's Division of Corporations (a true and correct copy is attached hereto as **Exhibit 1**).

4. Lemuria filed its 2014 annual report with the State of Florida on January 18, 2014. *See* Lemuria's 2014 annual report filed with the Florida Department of State's Division of Corporation (a true and correct copy is attached hereto as **Exhibit 2**).

5. Lemuria was incorporated on behalf of Anton Titov by Constantin Luchian, Incorporate Now Inc. in Fort Lauderdale, FL. *See* Lemuria's Electronic Articles of Incorporation (a true and correct copy is attached hereto as **Exhibit 3**). Incorporate Now serves as Lemuria's registered agent in Florida. *See* Ex. 1.

6. Lemuria's principal office is that of Constantin Luchian in Fort Lauderdale, Florida. *See* Ex. 1, 3.

7. Constantin Luchian served as Hotfile's designated agent for purposes of the Digital Millennium Copyright Act ("DMCA"). *See* screenshots from Archive.org depicting the Hotfile website as of September 10, 2013 and, specifically, Hotfile's Intellectual Property Policy providing Constantin Luchian of Fort Lauderdale, Florida as DMCA agent (a true and correct copy is attached hereto as **Exhibit 4**).

8. Lemuria currently serves as the ISP for the website located at www.pcloud.com. *See* WHOIS search results for pCloud.com (a true and correct copy is

attached hereto as **Exhibit 5**).  And, Titov identifies himself as CTO of pCloud on his LinkedIn page. *See* screenshot of Titov's publicly available LinkedIn page (a true and correct copy is attached hereto as **Exhibit 6**).

9. Like Hotfile.com, pCloud.com engages in the reproduction, storage, and distribution of user files. *See* screenshot of pCloud.com home page (a true and correct copy is attached hereto as **Exhibit 7**).  Also like Hotfile, pCloud's DMCA agent is Constantin Luchian in Fort Lauderdale, Florida.  *See* pCloud's Designation of Agent form filed with the U.S. Copyright Office (a true and correct copy is attached hereto as **Exhibit 8**).

10. Attached hereto as **Exhibit 9** is a true and correct copy of Declaration of Anton Titov in Support of Defendants' Opposition to Plaintiffs' Emergency Motion for Order Preserving Evidence, *Disney Enters., Inc. v. Hotfile Corp.*, No. 1:11-cv-20427-CIV-KMW (S.D. Fla. Feb. 28, 2011) ("Disney Action"), ECF No. 30-1.

11. Attached hereto as **Exhibit 10** is a true and correct copy of Statement of Undisputed Material Facts in Support of Defendant Anton Titov's Motion for Summary Judgment, Disney Action, Mar. 5, 2012, ECF No. 317.

12. Attached hereto as **Exhibit 11** is a true and correct copy of Declaration of Anton Titov in Support of Lemuria Communications Inc.'s Motion to Dismiss, *Perfect 10, Inc. v. Hotfile Corp.*, No. 10-CV-2031 MMA (S.D. Cal. Dec. 20, 2010), ECF No. 12-1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Kerry M. Mustico

Executed this 8th day of September, 2014 in Washington, D.C.