# EXHIBIT 1

**FLORIDA DEPARTMENT OF STATE**
**DIVISION OF CORPORATIONS**

www.sunbiz.org

# Detail by Entity Name

**Florida Profit Corporation**

LEMURIA COMMUNICATIONS INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | P09000085335 |
| **FEI/EIN Number** | N/A |
| **Date Filed** | 10/15/2009 |
| **State** | FL |
| **Status** | ACTIVE |
| **Effective Date** | 10/15/2009 |
| **Last Event** | AMENDMENT |
| **Event Date Filed** | 09/03/2010 |
| **Event Effective Date** | NONE |

**Principal Address**

110 E. BROWARD BLVD.
SUITE 1736
FORT LAUDERDALE, FL 33301

Changed: 09/03/2010

**Mailing Address**

110 E. BROWARD BLVD.
SUITE 1736
FORT LAUDERDALE, FL 33301

Changed: 09/03/2010

**Registered Agent Name & Address**

INCORPORATE NOW INC.
6750 N. Andrews Ave.
Suite 200
Fort Lauderdale, FL 33309

Address Changed: 03/31/2013

**Officer/Director Detail**

**Name & Address**

Title P

TITOV, ANTON
PROUCHVANE 13D/22
PERNIK, -- 2300 BG

**Annual Reports**

| Report Year | Filed Date |
| --- | --- |
| 2012 | 02/20/2012 |
| 2013 | 03/31/2013 |
| 2014 | 01/18/2014 |

**Document Images**

| | |
| --- | --- |
| 01/18/2014 -- ANNUAL REPORT | View image in PDF format |
| 03/31/2013 -- ANNUAL REPORT | View image in PDF format |
| 02/20/2012 -- ANNUAL REPORT | View image in PDF format |
| 04/29/2011 -- ANNUAL REPORT | View image in PDF format |
| 09/03/2010 -- Amendment | View image in PDF format |
| 02/28/2010 -- ANNUAL REPORT | View image in PDF format |
| 10/20/2009 -- MISC-PRIN ADDRESS CHANGE | View image in PDF format |
| 10/15/2009 -- Domestic Profit | View image in PDF format |

Copyright © and Privacy Policies
State of Florida, Department of State