# EXHIBIT 2

**2014 FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P09000085335

**Entity Name:** LEMURIA COMMUNICATIONS INC.

**FILED**
**Jan 18, 2014**
**Secretary of State**
**CC5548917214**

**Current Principal Place of Business:**

110 E. BROWARD BLVD.
SUITE 1736
FORT LAUDERDALE, FL 33301

**Current Mailing Address:**

110 E. BROWARD BLVD.
SUITE 1736
FORT LAUDERDALE, FL 33301

**FEI Number:** NOT APPLICABLE

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

INCORPORATE NOW INC.
6750 N. ANDREWS AVE.
SUITE 200
FORT LAUDERDALE, FL 33309 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                                                                                   Date

**Officer/Director Detail :**

| | |
|---|---|
| Title | P |
| Name | TITOV, ANTON |
| Address | PROUCHVANE 13D/22 |
| City-State-Zip: | PERNIK -- 2300 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: TITOV , ANTON                                                        P                                      01/18/2014

Electronic Signature of Signing Officer/Director Detail                                                                          Date