# EXHIBIT 3

# Electronic Articles of Incorporation
## For

**P09000085335**
**FILED**
**October 15, 2009**
**Sec. Of State**
**rdunlap**

LEMURIA COMMUNICATIONS INC.

The undersigned incorporator, for the purpose of forming a Florida
profit corporation, hereby adopts the following Articles of Incorporation:

## Article I

The name of the corporation is:

LEMURIA COMMUNICATIONS INC.

## Article II

The principal place of business address:

PROUCHVANE
13D/22
PERNIK, --. BG  2300

The mailing address of the corporation is:

PROUCHVANE
13D/22
PERNIK, --. BG  2300

## Article III

The purpose for which this corporation is organized is:

ANY AND ALL LAWFUL BUSINESS.

## Article IV

The number of shares the corporation is authorized to issue is:

1000

## Article V

The name and Florida street address of the registered agent is:

INCORPORATE NOW  INC.
110 E. BROWARD BLVD.
SUITE 1700
FORT LAUDERDALE, FL.   33301

Case 1:11-cv-20427-KMW Document 109-3 Entered on FLSD Docket 08/03/2011 Page 3 of 3

I certify that I am familiar with and accept the responsibilities of registered agent.

P09000085335
FILED
October 15, 2009
Sec. Of State
rdunlap

Registered Agent Signature:   CONSTANTIN LUCHIAN

## Article VI

The name and address of the incorporator is:

> CONSTANTIN LUCHIAN
> 110 E. BROWARD BLVD.
> SUITE 1700
> FORT LAUDERDALE, FL 33301

Incorporator Signature:   CONSTANTIN LUCHIAN

## Article VII

The initial officer(s) and/or director(s) of the corporation is/are:

> Title:   P
> ANTON  TITOV
> PROUCHVANE 13D/22
> PERNIK, --.   2300  BG

## Article VIII

The effective date for this corporation shall be:

10/15/2009