# EXHIBIT 5

PcLoud.com WHOIS, DNS, & Domain Info - DomainTools                                    8/28/14, 4:27 PM

You are logged in as <u>matt_1059</u>          LOG OUT



WHOIS LOOKUP

pcloud.com

| 🔍 |

**PRODUCTS**   **SOLUTIONS**   **PRICING**   **SUPPORT**   **ABOUT**

---

Home  >  Whois Lookup  >  PcLoud.com                          How does this work?

# Whois Record for PcLoud.com

**– Whois & Quick Stats**                                       **Tools**

| Email | whois@pcloud.com | ↱ |
|---|---|---|
| | abuse@moniker.com is associated with ~1,189,722 domains | |
| Registrar | MONIKER ONLINE SERVICES LLC | |
| Registrar Status | clientDeleteProhibited, clientTransferProhibited | |
| Dates | Created on 2007-12-12 - Expires on 2014-12-12 - Updated on 2014-07-08 | ↱ |
| Name Server(s) | NS-1533.AWSDNS-63.ORG (has 73 domains) NS-1603.AWSDNS-08.CO.UK (has 27 domains) NS-312.AWSDNS-39.COM (has 2,218 domains) NS-702.AWSDNS-23.NET (has 3,236 domains) | ↱ |
| IP Address | 74.120.8.6 is hosted on a dedicated server | ↱ |
| IP Location | 🇺🇸 - Florida - Fort Lauderdale - Lemuria Communications Inc. | |
| ASN | 🇺🇸 AS7366 LEMURIACO - Lemuria Communications Inc.,US (registered Oct 19, 2009) | |
| Domain Status | Registered And Active Website | |
| Whois History | 173 records have been archived since 2003-08-10 | ↱ |
| IP History | 25 changes on 18 unique IP addresses | ↱ |

**Tools**

| Whois History |
| Hosting History |
| Monitor Domain Properties ▼ |
| Reverse Whois Lookup ▼ |
| Reverse IP Address Lookup ▼ |
| Reverse Name Server Lookup ▼ |
| Network Tools ▼ |
| Buy This Domain ▼ |
| Visit Website |
| ⬇ Preview the Full Domain Report |

PcLoud.com WHOIS, DNS, & Domain Info - DomainTools                                  8/28/14, 4:27 PM

| | | |
|---|---|---|
| IP History | 35 changes on 18 unique IP addresses over 10 years | ➦ |
| Registrar History | 5 registrars with 3 drops | ➦ |
| Hosting History | 31 changes on 16 unique name servers over 7 years | ➦ |
| Whois Server | whois.moniker.com | |

### — Website



| | | |
|---|---|---|
| Website Title | Free Cloud Storage for Files - pCloud | ➦ |
| Server Type | CloudHTTPd-API v1.1 | |
| Response Code | 200 | |
| SEO Score | 71% | |
| Terms | 719 (Unique: 216, Linked: 127) | |
| Images | 77 (Alt tags missing: 77) | |
| Links | 96  (Internal: 62, Outbound: 10) | |

**View Screenshot History**

Last checked January 07, 2014

**Queue Screenshot for Update**

### Whois Record ( last updated on 2014-08-28 )

```
Domain Name: pcloud.com
Registry Domain ID: 1353513173_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.moniker.com
Registrar URL: http://www.moniker.com
Updated Date: 2014-07-08T11:45:48.0Z
Creation Date: 2007-12-12T16:05:19.0Z
Registrar Registration Expiration Date: 2014-12-
12T16:05:19.0Z
Registrar: Moniker Online Services LLC
Registrar IANA ID: 228
Registrar Abuse Contact Email: abuse@moniker.com
Registrar Abuse Contact Phone: +1.9546071294
Domain Status: clientDeleteProhibited
Domain Status: clientTransferProhibited
Registry Registrant ID: P-PRP5355
Registrant Name: PCloud LTD PCloud LTD
Registrant Organization: PCloud LTD
Registrant Street: Akad. Boris stefanov 17
Registrant City: Sofia
Registrant State/Province: BG SF
Registrant Postal Code: 1700
Registrant Country: BG
Registrant Phone: +359.897886469
Registrant Phone Ext:
Registrant Fax: +359.897886469
Registrant Fax Ext:
Registrant Email: whois@pcloud.com
Registry Admin ID: P-PRP5355
Admin Name: PCloud LTD PCloud LTD
Admin Organization: PCloud LTD
```

### Available TLDs

| General TLDs | Country TLDs |
|---|---|

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

- ☐ Taken domain.
- ☐ Available domain.
- ☐ Deleted previously owned domain.

| | |
|---|---|
| PcLoud.com | View Whois |
| PcLoud.net | View Whois |
| PcLoud.org | View Whois |
| PcLoud.info | View Whois |
| PcLoud.biz | View Whois |
| PcLoud.us | View Whois |



```
Admin Street: Akad. Boris stefanov 17
Admin City: Sofia
Admin State/Province: BG SF
Admin Postal Code: 1700
Admin Country: BG
Admin Phone: +359.897886469
Admin Phone Ext:
Admin Fax: +359.897886469
Admin Fax Ext:
Admin Email: whois@pcloud.com
Registry Tech ID: P-PRP5355
Tech Name: PCloud LTD PCloud LTD
Tech Organization: PCloud LTD
Tech Street: Akad. Boris stefanov 17
Tech City: Sofia
Tech Postal Code: 1700
Tech State/Province: BG SF
Tech Country: BG
Tech Phone: +359.897886469
Tech Phone Ext:
Tech Fax: +359.897886469
Tech Fax Ext:
Tech Email: whois@pcloud.com
Name Server: ns-1533.awsdns-63.org
Name Server: ns-1603.awsdns-08.co.uk
Name Server: ns-312.awsdns-39.com
Name Server: ns-702.awsdns-23.net
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: htt
p://wdprs.internic.net/

Registry Billing ID: P-PRP5355
Billing Name: PCloud LTD PCloud LTD
Billing Organization: PCloud LTD
Billing Street: Akad. Boris stefanov 17
Billing City: Sofia
Billing State/Province: BG SF
Billing Postal Code: 1700
Billing Country: BG
Billing Phone: +359.897886469
Billing Phone Ext:
Billing Fax: +359.897886469
Billing Fax Ext:
Billing Email: whois@pcloud.com
```

Home    Contact Us    Blog    Terms of
Service    Privacy Policy    Domain News

Like  16k    Follow    g+1  1.7k

### DOMAIN RESEARCH

Whois Lookup

Domain Search

Reverse Whois

### MONITORING

Brand Monitor

Registrant Monitor

Name Server Monitor

### MORE PRODUCTS

Domain Sales History

Domain Suggestions

Domain Typo Finder

### SOLUTIONS FOR:

Cybercrime Investigation

Brand Protection

Domain Professionals

Whois History

Screenshots

Domain Marketplace

Domain Report

**NETWORK RESEARCH**

IP Whois Lookup

Reverse IP Lookup

Reverse NS Lookup

Reverse IP Whois

Reverse MX

Hosting History

IP Monitor

Domain Monitor

**ENTERPRISE-SCALE DATA**

Reverse Whois IRM

APIs

Custom Data Feeds

DomainTools Labs

Internet Statistics

TLDpedia

Bulk Check

Dropping Names

My IP Address

IP Explorer

DNS Tools

Desktop Tools

Enterprise Solutions

**PRODUCT PRICING**

Pricing

Upgrade

---

© 2014 **DomainTools LLC** All rights reserved.