# EXHIBIT 6





# Anton Titov
CTO at pCloud.com

Bulgaria | Internet

**Connect**

**148**
connections

bg.linkedin.com/pub/anton-titov/5b/8bb/336

**Background**

## Experience

**CTO**
pCloud.com

## Languages

**English**
Native or bilingual proficiency

**Russian**
Native or bilingual proficiency

**Bulgarian**
Native or bilingual proficiency

## Skills

**Top Skills**

- 9  PHP
- 6  C++
- 6  C
- 6  Linux
- 5  Java
- 5  Entrepreneurship
- 4  HTML
- 4  Strategic Planning
- 4  Large Scale System...

**People Similar to Anton**

**Alexander Liuckanov**
CEO at Speednet.bg ltd
Connect



**People Also Viewed**

**Tunio Zafer**
CEO at pCloud.com

**Vasil Kolev**
System Administrator at pCloud.com

**Daniel Filipov**
Developer at pCloud

**Galya Titova**
Marketing Specialist at pCloud Ltd

**Ilia Andreev**
Software QA Engineer at PCloud LTD

**Srebrin Vatralov**
CEO at Wisdom.bg

**Damyanka Miteva**
Software Developer at https://www.pcloud.com/

**Stiliyan Zaporozhanov**
Co-Founder at Zapomedia.com

| 4 | Large Scale Systems |



Anton also knows about...

| 3 | Budgets |   | 3 | MySQL |   | 3 | Network Filesystems |   | 2 | Negotiation |
| 2 | JavaScript |   | 2 | Lua |   | 2 | System Administration |   | 1 | English |


**Lyubomira Novachkova**
Marketing Specialist at pCloud Ltd.


**Radostina Ermenkova**
Marketing and Product Management

Help Center | About | Press | Blog | Careers | Advertising | Talent Solutions | Small Business | Mobile | Developers | Language | **Upgrade Your Account**

LinkedIn Corporation © 2014   |   User Agreement   |   Privacy Policy   |   Community Guidelines   |   Cookie Policy   |   Copyright Policy   |   Send Feedback