# EXHIBIT 7

 (index.php)

 MENU

# Your Files Everywhere!

## Over 600,000 users now trust our cloud storage platform for their files!



✓ Get up to 20GB FREE cloud storage space

✓ Access Anywhere on Any Device

✓ Receive Large Files Directly in Your pCloud

### Download pCloud Sync and Register (download.html)

# Store and Share Everything



✓ With pCloud you can get up to 20GB FREE cloud storage.

✓ Easily store all your photos, music, videos and docs.

✓ Share your files with family, friends and co-workers.

# Access Anywhere on Any Device



✓ Store and access all your files from anywhere on any devices.

✓ Watch videos and listen to your favorite music on the go.

✓ Share your files with family, friends and co-workers.

# Receive Large Files Directly in Your pCloud



✓ Upload link make it easy to receive any types of files online. Register now and get 10GB free account!

✓ Create an upload link and give it to your friends so they can upload their files directly to your pCloud account.

# pCloud Plans

## 10 GB
For Free

**REGISTER**

Up to 20GB free space with friends invite

## 100 GB
4.99$/month

**REGISTER**

Or $49/year and you save 20%

Free Cloud Storage for Files - pCloud
Case 1:14-cv-20200-BB   Document 29-8   Entered on FLSD Docket 09/08/2014   Page 6 of 7
9/8/14, 5:24 PM

| | |
|---|---|
| **300 GB**<br>14.99$/month | **REGISTER** |

Or $149.99/year & you save 20%

| | |
|---|---|
| **1 TB**<br>49.99$/month | **REGISTER** |

Or $480/year and you save 20%

Wondering which plan is best for you? Take a look here. (plans.html)

# Get pCloud for Desktop and Mobile



(download.html)   (http://my.pcloud.com/)

(https://play.google.com/store/apps/details?id=com.pcloud.pcloud)   (https://itunes.apple.com/us/app/pcloud/id692002098)

# Customer Testimonials

*Binit*

Superb application... I bet no cloud service is better than this.

## Join Our Newsletter

*Get the Latests News about pCloud Delivered Straight to Your Email*

Enter your email adress...    **GO**

(https://plus.google.com/110291492066379393780/posts )

(https://www.facebook.com/pCloudapp )    (https://twitter.com/pCloudapp)

2014 © pCloud. Terms and Conditions (terms_and_conditions.html). Privacy Policy (privacy_policy.html). Intellectual Property (int_pr_policy.html).

English