# EXHIBIT 8

# Interim Designation of Agent to Receive Notification of Claimed Infringement

**Full Legal Name of Service Provider:** pCloud Ltd

**Alternative Name(s) of Service Provider (including all names under which the service provider is doing business):** pcloud.com, pc.cd

**Address of Service Provider:** Studentski Grad, ul. Akad. Boris Stefanov 17, Ofis 2, Sofia, 1700, Bulgaria

**Name of Agent Designated to Receive Notification of Claimed Infringement:** Constantin Luchian

**Full Address of Designated Agent to which Notification Should be Sent** (a P.O. Box or similar designation is not acceptable except where it is the only address that can be used in the geographic location): 6750 N. Andrews Ave., Suite 200, Fort Lauderdale FL 33309

**Telephone Number of Designated Agent:** (954) 773 8743

**Facsimile Number of Designated Agent:** (954) 414 0865

**Email Address of Designated Agent:** abuse@pcloud.com

ignating Service Provider:
**Date:** 9/20/2013

**Typed or Printed Name and Title:** Valentin Gurvits, Attorney

Note: This Interim Designation Must be Accompanied by a Filing Fee*
Made Payable to the Register of Copyrights.
*Note: Current and adjusted fees are available on the Copyright website at www.copyright.gov/docs/fees.html

Mail the form to:
**Copyright I&R/Recordation**
**P.O. Box 71537**
**Washington, DC 20024**

162732763

Scanned
OCT 3 1 2013

Received
OCT 2 2 2013
Copyright Office