UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PEARSON EDUCATION, INC.,
ELSEVIER, INC.,
CENGAGE LEARNING, INC.,
JOHN WILEY & SONS, INC., and
MCGRAW-HILL GLOBAL EDUCATION
HOLDINGS, LLC,

   Plaintiffs,

v.

HOTFILE CORP. and
ANTON TITOV,

   Defendants.

**DEFENDANT ANTON TITOV'S UNOPPOSED MOTION FOR ENLARGEMENT
OF TIME TO FILE HIS REPLY TO
PLAINTIFFS' OPPOSITION TO TITOV MOTION TO DISMISS**

      Defendant Anton Titov, by and through undersigned counsel, file this Unopposed Motion for Enlargement of Time to File His Reply to Plaintiffs' Opposition to Titov Motion to Dismiss, requesting an enlargement of six days, through and including September 22, 2014, and in support thereof states as follows:

      1.    Defendant requests a 6-day enlargement of time, though September 22, 2014 to file his Reply to the Opposition to Defendant Anton Titov's Motion to Dismiss.

      2.    The additional time is necessary in order for counsel to confer with their client with regard to the reply and due to the press of other matters.

      3.    Defendant has not previously sought an enlargement of time with regard to this reply, or an enlargement of time with regard to any other matter in this litigation, and the

requested enlargement is sought in good faith, not for the purposes of delay, and will not prejudice any party.

4.      The Court may allow the requested enlargement of time pursuant to Federal Rule of Civil Procedure 6(b)(1)(A).

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)

Undersigned counsel have conferred with counsel for Plaintiffs with regard to the requested enlargement of time and is advised that there is no objection to the requested enlargement.

WHEREFORE, on the basis of the foregoing, Defendant Anton Titov requests that the Court enter an order enlarging the time for the filing of his Reply to the Opposition to the Titov Motion to Dismiss by six days, through and including September 22, 2014.

**Respectfully submitted:**

/s/ Matthew Shayefar
Matthew Shayefar (# 685927 - *pro hac vice*)
Valentin D. Gurvits (# 643572 - *pro hac vice*)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, MA  02459
Telephone: (617) 928-1806
Facsimile: (617) 928-1802
matt@bostonlawgroup.com
vgurvits@bostonlawgroup.com

/s/ Brady J. Cobb
Brady J. Cobb, Esquire
Florida Bar No. 031018
COBB EDDY MIJARES, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone (954) 527-4111
Facsimile (954) 900-5507
bcobb@cemlaw.net

/s/ Evan Fray-Witzer
Evan Fray-Witzer (# 564349 - *pro hac vice*)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, MA 02116
Telephone: (617) 426-0000
Facsimile: (617) 423-4855
Evan@CFWlegal.com

*Attorneys for Anton Titov*

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served electronically via the CM/ECF electronic filing system on all counsel or parties of record on the service list below this 16th day of September, 2014.

/s/ Brady J. Cobb
Brady J. Cobb

## SERVICE LIST

Karen L. Stetson
GRAY-ROBINSON, P.A.
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131
Telephone: 305-416-6880
Facsimile: 305-416-6887
karen.stetson@gray-robinson.com

Matthew J. Oppenheim
Kerry M. Mustico
OPPENHEIM + ZEIBRAK, LLP
4400 Jenifer Street, NW, Suite 250
Washington, District of Columbia 20015
Telephone: 202-621-9027
matt@oandzlaw.com
Kerry@oandzlaw.com