UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PEARSON EDUCATION, INC.,
ELSEVIER, INC.,
CENGAGE LEARNING, INC.,
JOHN WILEY & SONS, INC., and
MCGRAW-HILL GLOBAL EDUCATION
HOLDINGS, LLC,

   Plaintiffs,

v.

HOTFILE CORP. and
ANTON TITOV,

   Defendants.

**[PROPOSED] ORDER GRANTING MOTION FOR ENLARGEMENT
OF TIME TO FILE TITOV REPLY TO
PLAINTIFFS' OPPOSITION TO TITOV MOTION TO DISMISS**

This cause came before the Court upon Defendant Anton Titov's Unopposed Motion for Enlargement of Time to File His Reply to Plaintiffs' Opposition to Titov Motion to Dismiss, and, the Court, having reviewed the pleadings herein and being otherwise fully advised in the premises, hereby

ORDERS AND ADJUDGES:

The Motion is granted.  Defendant Titov shall file his Reply to Plaintiff's Opposition to Titov Motion to Dismiss by September 22, 2014.

DONE AND ORDERED in Fort Lauderdale, Florida this __ day of September, 2014.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE