UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-CV-20200-BB

PEARSON EDUCATION, INC.,
ELSEVIER, INC.,
CENGAGE LEARNING, INC.,
JOHN WILEY & SONS, INC., and
MCGRAW-HILL GLOBAL EDUCATION
HOLDINGS, LLC,

   Plaintiffs,

v.

HOTFILE CORP. and
ANTON TITOV,

   Defendants.

**DEFENDANT ANTON TITOV'S UNOPPOSED MOTION TO ACCEPT THE LATE FILED REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**

      COMES NOW, the Defendant ANTON TITOV ("Defendant") and his local counsel, and respectfully request that this Honorable Court accept the late filed Reply in Support of Defendant's Motion to Dismiss (D.E. 32), and in support thereof state the following:

      1.    Per this Court's Order dated September 17, 2014 (D.E. 31), Defendant's deadline to file his Reply Brief ("Reply") in support of his Motion to Dismiss for lack of jurisdiction was extended up and through September 22, 2014.

      2.    The Reply was put into final form and transmitted by Defendant's co-counsel to the undersigned on September 22, 2014 for filing. It must be noted that Defendant's co-counsel can tend to be "night owls," and transmitted the Reply at approximately 11:23 pm for filing.

      3.    Unfortunately, while the undersigned had every intention of being awake and ready to file the Reply before September 22, 2014 expired at midnight, the undersigned fell asleep. Without boring this court with the details, suffice it to say that the undersigned's inability to stay awake was related to the

his beautiful and extremely energetic two (2) year old daughter's recently instituted practice of waking up at or before 5 a.m. each day to rather loudly redecorate her room[1].

4. The undersigned takes full responsibility for the late filing of the Reply, and notes that it was filed at 6:29 a.m. this morning. The undersigned sincerely apologizes to the Court for the late filing, and respectfully requests that this honorable court accept the late filed Reply (D.E. 32) and consider the same when ruling upon Defendant's Motion to Dismiss (D.E. 16).

5. Defendants did serve the Reply (D.E. 32) onto counsel for Plaintiffs' via email prior to the expiration of the September 22, 2014 deadline.

### CERTIFICATE OF GOOD FAITH CONFERENCE

I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion, including Plaintiffs' counsel, in a good faith effort to resolve the issues and Plaintiffs do not oppose the motion.

Respectfully submitted this 23rd day of September, 2014.

> COBB EDDY MIJARES, PLLC
> *Attorneys for Defendants'*
> 642 Northeast Third Avenue
> Fort Lauderdale, Florida 33304
> Telephone (954) 527-4111
> Facsimile  (954) 900-5507
>
> **By: ___/s/ BRADY J. COBB_____**
> BRADY J. COBB, ESQUIRE
> Florida Bar No. 031018
> bcobb@cemlaw.net

---

[1] The Undersigned would welcome any injunctive or other relief the Court would be willing to graciously provide to remind undersigned's daughter that sleeping and staying in bed at 5 a.m. is a good thing.

## **CERTIFICATE OF SERVICE**

**I hereby certify** that a true and correct copy of the foregoing was served electronically via the cmecf electronic filing system on all counsel or parties of record on the attached service list this 23rd day of September, 2014.

                                          **/s/ BRADY J. COBB**
                                          BRADY J. COBB
                                          Florida Bar Number 0031018
                                          Bcobb@cemlaw.net

## SERVICE LIST:

CASE NO. 14-CV-20200-BB

*Counsel for Plaintiffs:*

| | |
|---|---|
| GRAY-ROBINSON, P.A. | OPPENHEIM + ZEBRAK, LLP |
| Karen L. Stetson (Fla Bar No. 742937) | Matthew J. Oppenheim |
| karen.stetson@gray-robinson.com | matt@oandzlaw.com |
| 1221 Brickell Avenue | Kerry M. Mustico |
| Suite 1600 | Kerry@oandzlaw.com |
| Miami, Florida 33131 | 4400 Jenifer Street, NW, Suite 250 |
| Phone: 305.416.6880 | Washington, DC 200015 |
| Fax: 305.416.6887 | Phone: 202.621.9027 |

*Counsel for Defendants:*

| | |
|---|---|
| Valentin Gurvits, Esq. (*Pro Hac Vice*) | Brady J. Cobb, Esquire |
| Email: vgurvits@bostonlawgroup.com | COBB EDDY MIJARES, PLLC |
| Matthew Shayefar, Esq. *(Pro Hac Vice)* | 624 Northeast Third Avenue |
| Email: matt@bostonlawgroup.com | Fort Lauderdale, Florida 33304 |
| BOSTON LAW GROUP | Telephone: 954.527.4111 |
| 825 Beacon Street, Suite 20 | Facsimile: 954.900.5507 |
| Newton Center, MA 02459 | |
| Telephone: 617.928.1800 | |
| Telecopy: 617.928.1802 | |