UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-CIV-20200-BLOOM/Valle

PEARSON EDUCATION, INC, ELSEVIER, INC.,
CENGAGE LEARNING, INC., JOHN WILEY &
SONS, INC., and MCGRAW-HILL GLOBAL
EDUCATION HOLDINGS, LLC,

    Plaintiffs,

v.

HOTFILE CORP., and ANTON TITOV,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. On August 15, 2014, ECF No. [28], the Court filed its Scheduling Order ordering the parties to select a mediator pursuant to Local Rule 16.2, schedule a time, date and place for mediation, and jointly file a proposed order scheduling mediation on or before September 22, 2014. Despite this instruction, the time for compliance has passed and, to date, the parties have seemingly not scheduled mediation or sought an extension of time to do so.

Accordingly, it is **ORDERED AND ADJUDGED** that on or before **September 30, 2014**, the parties shall comply with the requirements of the Court's August 15th Order. If no mediation has been scheduled, the parties shall show cause why sanctions, up to and including dismissal without prejudice, should not be imposed. Failure to respond to this order will result in dismissal of this case. The parties are reminded that pursuant to the procedures outlined in the CM/ECF Administrative Procedures, any proposed order is to be emailed to

bloom@flsd.uscourts.gov in Word format. The CM/ECF Administrative Procedures may be viewed at http://www.flsd.uscourts.gov.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 23rd day of September, 2014.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record