UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 14-20200-CIV-BLOOM/Valle

PEARSON EDUCATION, INC., ELSEVIER, INC.,
CENGAGE LEARNING, INC., JOHN WILEY &
SONS, INC., AND MCGRAW-HILL GLOBAL
EDUCATION HOLDINGS, LLC,

    *Plaintiffs*,

v.

HOTFILE CORP. and ANTON TITOV,

    *Defendants*.

_____/

NOTICE OF FILING PROPOSED
ORDER SCHEDULING MEDIATION

    Plaintiffs, by and through their undersigned attorneys and pursuant to the Court's Order Setting Schedule, Requiring Mediation, Referring Certain Matters to Magistrate Judge (DE 28), file the proposed order scheduling mediation, attached hereto. As of the time of filing this proposed order, Plaintiffs have inquired, but not heard from Defendants regarding their approval of the proposed order. Accordingly, this notice is being filed unilaterally, rather than as a joint notice.

DATED this 30th day of September, 2014.

                                            Respectfully submitted,

                                            */s/ Karen L. Stetson*
                                            Karen L. Stetson
                                            GRAY-ROBINSON, P.A.
                                            Karen L. Stetson (FL Bar No. 742937)
                                            1221 Brickell Avenue, Suite 1600
                                            Miami, FL 33131
                                            Tel: 305-416-6880

CASE NO. 14-cv-20200-BB

Fax: 305-416-6887
karen.stetson@gray-robinson.com

OPPENHEIM + ZEBRAK, LLP
Matthew J. Oppenheim (admitted *pro hac vice*)
Kerry M. Mustico (admitted *pro hac vice*)
4400 Jenifer Street, NW, Suite 250
Washington, DC 20015
Tel:  202-621-9027
matt@oandzlaw.com
kerry@oandzlaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via ECF to the parties on the Service List below on this 30th day of September, 2014.

/s/ Karen L. Stetson

## SERVICE LIST

Valentin D. Gurvits
Matthew Shayefar
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Telephone: (617) 928-1804
Facsimile: (617) 928-1802
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com

Brady J. Cobb
COBB EDDY MIJARES, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone (954) 527-4111
Facsimile (954) 900-5507

2

# 1533706 v1

CASE NO.  14-cv-20200-BB

bcobb@cemlaw.net

Evan Fray-Witzer
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, MA 02116
Telephone: (617) 426-0000
Facsimile: (617) 423-4855
Evan@CFWlegal.com

3

# 1533706 v1