UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 14-20200-CIV-BLOOM/VALLE

PEARSON EDUCATION, INC.,
ELSEVIER, INC.,
CENGAGE LEARNING, INC.,
JOHN WILEY & SONS, INC., and
MCGRAW-HILL GLOBAL EDUCATION
HOLDINGS, LLC,

   Plaintiffs,

v.

HOTFILE CORP. and
ANTON TITOV,

   Defendants.

**[PROPOSED] ORDER SCHEDULING MEDIATION**

The mediation conference in this matter shall be held with Jeffrey Grubman, Esq. of JAMS in Miami, Florida.  The parties are working with the mediator to schedule the mediation in mid-November, 2014, but in no event later than December 15, 2014.

ENTERED this _____ day of _____, 2014.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE