UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 14-20200-CIV-BLOOM/VALLE

PEARSON EDUCATION, INC.,
ELSEVIER, INC.,
CENGAGE LEARNING, INC.,
JOHN WILEY & SONS, INC., and
MCGRAW-HILL GLOBAL EDUCATION
HOLDINGS, LLC,

   Plaintiffs,

v.

HOTFILE CORP. and
ANTON TITOV,

   Defendants.

**NOTICE OF FILING PROPOSED**
**ORDER SCHEDULING MEDIATION**

     Defendants, by and through their undersigned attorneys and pursuant to the Court's Order Setting Schedule, Requiring Mediation, Referring Certain Matters to Magistrate Judge (DE 28) file the proposed order scheduling mediation, attached hereto.

     Parties agreed with regard to the mediator they seek to appear before.  Parties were also hopeful to find a date in November to schedule the mediation, and are working to find such a date, but Defendants understand that the Parties have until August 2, 2015 to mediate.

     Defendants intend to bring a motion before the Court to allow Defendants (a Panamanian corporation and a Bulgarian resident) to appear at mediation via Skype or other video-conferencing services.  Plaintiffs have opposed Defendants' intention to appear at mediation via Skype or other video-conferencing services.

1

Accordingly, this notice and proposed order is being filed unilaterally as opposed to jointly.

**Respectfully submitted:**

| | |
|---|---|
| /s/ Valentin Gurvits | /s/ Brady J. Cobb |
| Valentin D. Gurvits (# 643572 - *pro hac vice* pending) | Brady J. Cobb, Esquire |
| Matthew Shayefar (# 685927 - *pro hac vice* pending) | Florida Bar No. 031018 |
| BOSTON LAW GROUP, PC | COBB EDDY MIJARES, PLLC |
| 825 Beacon Street, Suite 20 | 642 Northeast Third Avenue |
| Newton Centre, MA  02459 | Fort Lauderdale, Florida 33304 |
| Telephone: (617) 928-1804 | Telephone (954) 527-4111 |
| Facsimile: (617) 928-1802 | Facsimile  (954) 900-5507 |
| vgurvits@bostonlawgroup.com | bcobb@cemlaw.net |
| matt@bostonlawgroup.com | |
| | /s/ Evan Fray-Witzer |
| | Evan Fray-Witzer (# 564349 - *pro hac vice* pending) |
| | CIAMPA FRAY-WITZER, LLP |
| | 20 Park Plaza, Suite 505 |
| | Boston, MA 02116 |
| | Telephone: (617) 426-0000 |
| | Facsimile: (617) 423-4855 |
| | Evan@CFWlegal.com |
| Dated: September 30, 2014 | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served electronically via the CM/ECF electronic filing system on all counsel or parties of record on the attached service list this 30th day of September, 2014.

/s/ Brady J. Cobb
Brady J. Cobb

## SERVICE LIST

| | |
|---|---|
| Karen L. Stetson | Matthew J. Oppenheim |
| GRAY-ROBINSON, P.A. | Kerry M. Mustico |
| 1221 Brickell Avenue, Suite 1600 | OPPENHEIM + ZEIBRAK, LLP |
| Miami, Florida 33131 | 4400 Jenifer Street, NW, Suite 250 |
| Telephone: 305-416-6880 | Washington, District of Columbia 20015 |
| Facsimile: 305-416-6887 | matt@oandzlaw.com |
| karen.stetson@gray-robinson.com | Kerry@oandzlaw.com |