UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 14-20200-CIV-BLOOM/VALLE

PEARSON EDUCATION, INC.,
ELSEVIER, INC.,
CENGAGE LEARNING, INC.,
JOHN WILEY & SONS, INC., and
MCGRAW-HILL GLOBAL EDUCATION
HOLDINGS, LLC,

   Plaintiffs,

v.

HOTFILE CORP. and
ANTON TITOV,

   Defendants.

**[PROPOSED] ORDER SCHEDULING MEDIATION**

The mediation conference in this matter shall be held with Jeffrey Grubman, Esq. of JAMS in Miami, Florida. Defendant Anton Titov (a resident of Bulgaria) and the representative of Hotfile Corp. may appear by Skype or other video-conferencing services. The parties are working with the mediator to schedule mediation in November, but in no event later than August 3, 2015.

ENTERED this ____ day of _____, 2014.

                                                                       _____
                                                                       BETH BLOOM
                                                                       UNITED STATES DISTRICT JUDGE