UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 14-CIV-20200-BLOOM/Valle**

PEARSON EDUCATION, INC, ELSEVIER, INC.,
CENGAGE LEARNING, INC., JOHN WILEY &
SONS, INC., and MCGRAW-HILL GLOBAL
EDUCATION HOLDINGS, LLC,

      Plaintiffs,

v.

HOTFILE CORP., and ANTON TITOV,

      Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. On August 15, 2014, ECF No. [28], the Court filed its Scheduling Order ordering the parties to select a mediator pursuant to Local Rule 16.2, schedule a time, date and place for mediation, and jointly file a proposed order scheduling mediation on or before September 22, 2014. Despite this instruction, the time for compliance passed. Thus, the Court then instructed the parties to comply with the requirements of the Court's August 15th Order by September 30, 2014. ECF No. [35]. The parties have indicated that they are making attempts to schedule mediation, but are unable to inform the Court of when such mediation will take place. *See* ECF Nos. [36] and [37].

Accordingly, it is **ORDERED AND ADJUDGED** that on or before **October 24, 2014**, the parties shall comply with the Court's orders and schedule mediation. The parties are reminded that pursuant to the procedures outlined in the CM/ECF Administrative Procedures,

any proposed order is to be emailed to bloom@flsd.uscourts.gov in Word format.  The CM/ECF Administrative Procedures may be viewed at http://www.flsd.uscourts.gov.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 1st day of October, 2014.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record