UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 14-20200-CIV-BLOOM/Valle

PEARSON EDUCATION, INC., ELSEVIER, INC.,
CENGAGE LEARNING, INC., JOHN WILEY &
SONS, INC., AND MCGRAW-HILL GLOBAL
EDUCATION HOLDINGS, LLC,

  *Plaintiffs*,

v.

HOTFILE CORP. and ANTON TITOV,

  *Defendants*.

_____/

## NOTICE OF FILING NOTICE OF CHANGE OF ADDRESS OF ATTORNEY MATTHEW J. OPPENHEIM

  Plaintiffs, by and through their undersigned attorneys, file the attached Notice of Change of Address of Attorney Matthew J. Oppenheim.

            Respectfully submitted,

            */s/ Karen L. Stetson*
            Karen L. Stetson
            GRAY-ROBINSON, P.A.
            Karen L. Stetson (FL Bar No. 742937)
            1221 Brickell Avenue, Suite 1600
            Miami, FL 33131
            Tel: 305-416-6880
            Fax: 305-416-6887
            karen.stetson@gray-robinson.com

            OPPENHEIM + ZEBRAK, LLP
            Matthew J. Oppenheim (admitted *pro hac vice*)
            Kerry M. Mustico (admitted *pro hac vice*)
            4400 Jenifer Street, NW, Suite 250
            Washington, DC 20015
            Tel: 202-621-9027
            matt@oandzlaw.com
            kerry@oandzlaw.com

            *Attorneys for Plaintiffs*

CASE NO. 14-cv-20200-BB

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via ECF to the parties on the Service List below on this 13th day of October, 2014.

                                                      /s/ Karen L. Stetson

## SERVICE LIST

Valentin D. Gurvits
Matthew Shayefar
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Telephone: (617) 928-1804
Facsimile: (617) 928-1802
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com

Brady J. Cobb
COBB EDDY MIJARES, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone (954) 527-4111
Facsimile (954) 900-5507
bcobb@cemlaw.net

Evan Fray-Witzer
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, MA 02116
Telephone: (617) 426-0000
Facsimile: (617) 423-4855
Evan@CFWlegal.com