## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Case No. 14-CIV-20200-BLOOM/Valle**

PEARSON EDUCATION, INC, ELSEVIER, INC.,
CENGAGE LEARNING, INC., JOHN WILEY &
SONS, INC., and MCGRAW-HILL GLOBAL
EDUCATION HOLDINGS, LLC,

    Plaintiffs,

v.

HOTFILE CORP., and ANTON TITOV,

    Defendants.

_____/

## **ORDER**

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. On August 15, 2014, ECF No. [28], the Court filed its Scheduling Order ordering the parties to select a mediator pursuant to Local Rule 16.2, schedule a time, date and place for mediation, and jointly file a proposed order scheduling mediation on or before September 22, 2014. Despite this instruction, the time for compliance passed. Consequently, on October 2, 2014, the Court requested that the parties comply with the Court's Scheduling Order and schedule mediation by October 24, 2014. *See* ECF No. [38]. To date, the parties have seemingly not agreed on a place and time for mediation, nor have they filed a proposed order scheduling the same.

    The Court is cognizant of the difficulties with mediation as raised by Defendant's Motion for Leave to Participate in Court-Annexed Mediation by Skype or Videoconference, ECF No. [40], as well as those indicated at the hearing on Defendant's Motion to Dismiss. The parties appear to have agreed upon a mediator, see ECF Nos. [36] and [37], but have been unable to


agree upon a place and time for mediation. While the Court acknowledges that the parties have until August 2, 2015, to mediate, the parties, nonetheless, must comply with the Court's multiple Orders. Accordingly, it is hereby **ORDERED AND ADJUDGED** that on or before **December 5, 2014**, the parties shall schedule mediation and file a *joint* proposed order providing for the same. Failure to comply with this deadline will result in appropriate sanctions, up to and including dismissal without prejudice.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 27th day of October 2014.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record