UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 14-20200-CIV-BLOOM/Valle

PEARSON EDUCATION, INC., ELSEVIER, INC.,
CENGAGE LEARNING, INC., JOHN WILEY &
SONS, INC., AND MCGRAW-HILL GLOBAL
EDUCATION HOLDINGS, LLC,

    *Plaintiffs*,

v.

HOTFILE CORP. and ANTON TITOV,

    *Defendants*.
_____/

**[PROPOSED] ORDER REGARDING MEDIATION**

**THIS CAUSE** came before the Court upon Defendants' Motion For Leave to Participate in Court-Annexed Mediation by Skype or Videoconference and Plaintiffs' Opposition thereto. The Court, having considered the accompanying memorandums of law, and the entire record herein, hereby DENIES Defendants' Motion for Leave to Participate in Court-Annexed Mediation by Skype or Videoconference.

**IT IS ORDERED AND ADJUDGED**, that the parties, through counsel, shall engage in telephonic settlement discussions as soon as is practicable, but in no event later than November 14, 2014. The parties shall apprise the Court in writing of the status of their settlement negotiations by December 1, 2014.

**IT IS FURTHER ORDERED AND ADJUDGED**, that if the parties are unable to resolve this case through telephonic settlement discussions, the parties shall engage in mediation pursuant to Local Rule 16.2. All parties are required to attend such mediation in person.

CASE NO.  14-cv-20200-BB

Accordingly, on or before **JANUARY 5, 2015**, the parties shall comply with the Court's August 15, 2014 Order, ECF No. 28, and file a joint proposed order scheduling mediation.

**DONE AND ORDERED** in Fort Lauderdale, Florida this ___ day of _____, 2014.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE