UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 14-20200-CIV-BLOOM/Valle

PEARSON EDUCATION, INC., ELSEVIER, INC.,
CENGAGE LEARNING, INC., JOHN WILEY &
SONS, INC., AND MCGRAW-HILL GLOBAL
EDUCATION HOLDINGS, LLC,

    *Plaintiffs*,

v.

HOTFILE CORP. and ANTON TITOV,

    *Defendants*.

_____/

**[PROPOSED] ORDER REGARDING MEDIATION**

**THIS CAUSE** came before the Court upon Defendants' Motion For Leave to Participate in Court-Annexed Mediation by Skype or Videoconference and Plaintiffs' Opposition thereto. The Court, having considered the accompanying memorandums of law, and the entire record herein, hereby **DENIES** Defendants' Motion for Leave to Participate in Court-Annexed Mediation by Skype or Videoconference.

It is hereby **ORDERED AND ADJUDGED**, that the parties, through counsel, shall engage in telephonic settlement discussions as soon as is practicable, but in no event later than November 14, 2014.

It is further **ORDERED AND ADJUDGED**, that if the parties are unable to resolve this case through such telephonic settlement discussions, the parties shall engage in mediation in Florida or at a mutually agreed location. All parties are required to attend such mediation in person. Accordingly, on or before **DECEMBER 5, 2015**, the parties shall schedule mediation

CASE NO.  14-cv-20200-BB

and file a joint proposed order providing the place and time for the mediation in compliance with Local Rule 16.2.

**DONE AND ORDERED** in Fort Lauderdale, Florida this ___ day of _____, 2014.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE