

# U.S. Book Anti-Piracy Research Findings

## EXECUTIVE SUMMARY

- Attributor's FairShare Guardian™ service discovered that over 9 million pirated book copies were downloaded in a recent study of ~1,000 books of various genres.
- These free downloads represent potential losses of $2.75-3 billion to the book publishing industry.
- Online book piracy represents roughly 10% of total United States book sales.[1][2]
- On average, nearly 10,000 copies o*f every book published* are downloaded for free, led by titles in the *Business and Investing* genre, which average over 13,000 free downloads per title.
- Titles within the Business and Investing, Professional and Technical and Science categories are potentially losing over $1 million per title to online book piracy.

---

[1] Association of American Publishers,  *AAP Reports U.S. Book Sales Estimated at $24.3 Billion in 2008*, March, 2009

[2] As a point of comparison, the (offline and online piracy rate) for software is 41%,  BSA and IDC, *Sixth Annual BSA-IDC Global Software Piracy Study*, May 2009, page 6.

*This research may be republished in whole or in part as long as it is correctly attributed to Attributor.



# U.S. Book Anti-Piracy Research Findings

## KEY FINDINGS

- Books within the *Business and Investing*, *Professional and Technical* and *Science* categories are downloaded most often.



913 titles across 14 categories selected to reflect a representative sample of the industry based on the market share of each individual publisher. Book category information from Amazon.com.

*This research may be republished in whole or in part as long as it is correctly attributed to Attributor.*



# U.S. Book Anti-Piracy Research Findings

## KEY FINDINGS - CONTINUED

- The sales impact of book piracy is highest in the *Business and Investing*, *Professional and Technical* and *Science* categories.



913 titles across 14 categories selected to reflect a representative sample of the industry based on the market share of each individual publisher. Book category information from Amazon.com.

*This research may be republished in whole or in part as long as it is correctly attributed to Attributor.*



# U.S. Book Anti-Piracy Research Findings

## METHODOLOGY

- Attributor's FairShare Guardian service monitored piracy for 913 popular books in categories representative of the industry across the following top 25 file hosting sites starting in October 2009 for a period of 90 days:

| Host site | Share of book piracy | Publish download figures? |
|---|---|---|
| rapidshare.com | 35.6% | |
| 4shared.com | 32.7% | Yes |
| esnips.com | 7.4% | |
| uploading.com | 3.7% | |
| mediafire.com | 2.4% | |
| hotfile.com | 2.1% | |
| megaupload.com | 2.1% | |
| scribd.com | 2.0% | Yes |
| depositfiles.com | 1.5% | |
| filefactory.com | 1.2% | |
| ifile.it | 1.1% | |
| wattpad.com | 1.1% | Yes |
| easy-share.com | 1.0% | |
| ziddu.com | 0.8% | |
| ioffer.com | 0.6% | |
| sharingmatrix.com | 0.6% | |
| letitbit.net | 0.6% | |
| docstoc.com | 0.6% | Yes |
| kewlshare.com | 0.5% | |
| badongo.com | 0.4% | |
| midupload.com | 0.4% | |
| truly-free.org | 0.4% | |
| bitroad.net | 0.4% | |
| rapidshare.de | 0.4% | |
| box.net | 0.4% | |
| Total | 100% | |

Source: Book piracy share calculated based on more than 53,000 book takedown notices sent between July and December 2009.

*This research may be republished in whole or in part as long as it is correctly attributed to Attributor.*



# U.S. Book Anti-Piracy Research Findings

## METHODOLOGY - CONTINUED

- Attributor's FairShare Guardian™ captured the number of successful downloads completed for each of the 913 titles as reported on four file hosting sites that make the download data available (4shared.com, scribd.com, wattpad.com and docstoc.com).  Across these four sites, a total of 3.2 million downloads occurred.
- Across the top 25 one-click hosting sites, a total download figure of over 9 million copies was projected using the 36.4% share of online file downloading sites that the four above-mentioned sites represent.
- The retail value of these 9 million copies was calculated to reach $380 million. Each book's retail price and category/genre information was collected from Amazon.com.
- The 913 titles in this study represent works from publishers totaling 13.5% of the U.S. book publishing market. Projecting this $380 million value to the entire industry results in total potential piracy figure of $2.8 billion.
- This study does not attempt to address the issue of determining to what degree pirated books represent financial loss to the industry as it does not estimate how many free downloads might have otherwise resulted in a sale. In other words, this study does not attempt to answer the question, "How many of these pirated books would have been purchased legally if piracy was not an option?" Previous studies assume a one-to-one substitution, meaning all pirated material would have been purchased and thus the market value of pirated books is equal to the actual loss, though Attributor feels this is an overly optimistic assumption.[3]  This issue will be addressed in a future research phase.

---

[3] Information Technology & Innovation Foundation, *Steal these Policies:  Strategies for Reducing Digital Piracy*  December 2009, page 25.

*This research may be republished in whole or in part as long as it is correctly attributed to Attributor.*



# U.S. Book Anti-Piracy Research Findings

## ABOUT ATTRIBUTOR

Attributor is a privately held technology company headquartered in Redwood City, Calif. Its content monitoring and programming platform enables publishers of all sizes to protect their content wherever it appears on the Internet. Attributor's customers include John Wiley & Sons, Hachette Book Group, The Associated Press, The Financial Times, and Deutsche Presse-Agentur, among others. For more information, visit www.attributor.com.

For more information about how Attributor can protect your books, journals or test prep materials, please contact Matt Robinson (matt@attributor.com) or call 888-300-9114.

*This research may be republished in whole or in part as long as it is correctly attributed to Attributor.*