UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 14-20200-CIV-BLOOM/VALLE

PEARSON EDUCATION, INC.,
ELSEVIER, INC.,
CENGAGE LEARNING, INC.,
JOHN WILEY & SONS, INC., and
MCGRAW-HILL GLOBAL EDUCATION
HOLDINGS, LLC,

   Plaintiffs,

v.

HOTFILE CORP. and
ANTON TITOV,

   Defendants.

**JOINT PROPOSED ORDER SCHEDULING MEDIATION**

The mediation conference in this matter shall be held with Jeffrey Grubman, Esq. of JAMS. The mediation will be held in Miami, Florida on January 21, 2015, beginning at 10:00 a.m.

ENTERED this ____ day of _____, 2014.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE