```
 1                  IN THE UNITED STATES DISTRICT COURT
                   FOR THE SOUTHERN DISTRICT OF FLORIDA
 2                           MIAMI DIVISION
                      CASE NO.  1:14-cv-20200-BB
 3
     PEARSON EDUCATION, INC.,
 4   ELSEVIER, INC.,
     CENGAGE LEARNING, INC.,
 5   JOHN WILEY & SONES, INC., and
     MCGRAW-HILL GLOBAL EDUCATION
 6   HOLDINGS, LLC.,

 7          Plaintiffs,                       October 23, 2014
                                              12:36 p.m.
 8          vs.

 9   HOTFILE, CORP. and
     ANTON TITOV,
10
            Defendants.                       Pages 1 THROUGH 30
11   _____

12               TRANSCRIPT OF MOTION TO DISMISS
                 BEFORE THE HONORABLE BETH BLOOM
13                 UNITED STATES DISTRICT JUDGE
     Appearances:
14
     FOR THE PLAINTIFF:   OPPENHEIM & ZEBRAK, LLP
15                        MATTHEW J. OPPENHEIM, ESQ.
                          4400 Jenifer Street, NW, Suite 250
16                        Washington, DC 20015

17                        GRAY ROBINSON, PA
                          KAREN LINDA STETSON, ESQ.
18                        1221 Brickell Avenue, Suite 1650
                          Miami, Florida 33131
19
     FOR THE DEFENDANT:   CIAMPA, FRAY-WITZER, LLP
20                        EVAN FRAY-WITZER, ESQ.
                          20 Park Plaza, Suite 505
21                        Boston, MA 02116

22                        COBB, EDDY, MIJARES
                          BRADY JAMES COBB, ESQ.
23                        624 NE 3rd Avenue
                          Fort Lauderdale, Florida 33304
24

25
```

```
 1    ON BEHALF OF THE DEFENDANT:
      (Continued)
 2
                           BOSTON LAW GROUP, PC
 3                         MATTHEW SHAYEFAR, ESQ.
                           VALENTIN GURVITS, ESQ.
 4                         825 Beacon Street, Suite 20
                           Newton, MA 02459
 5
      COURT REPORTER:      Yvette Hernandez
 6                         U.S. District Court
                           299 East Broward Boulevard, Room 207-B
 7                         Fort Lauderdale, Florida 33301
                           yvette_hernandez@flsd.uscourts.gov
 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1   it the day of the filing -- or six months after the filing.  We
 2   have no idea.
 3           But there was some period of time, right, whether it's
 4   three weeks or its six months, during which Judge Williams'
 5   decision and her findings with respect to the safe harbor
 6   absolutely apply.  And, Your Honor, think about it
 7   substantively in terms of the issues in this case.  So what
 8   they're saying -- so there were hundreds of millions, billions
 9   of files on Hotfile, infringing files being distributed to
10   people around the world, including in Florida.  What they are
11   saying is:  Okay.  At some point in time after February 8th of
12   2011, they implemented a repeat infringer policy.
13           Okay.  Those billions of files are still on the
14   servers.  Those billions of files are still being downloaded.
15   The publisher's rights are still being infringed.  So it's a
16   very interesting question -- which, I don't think this court
17   will ever get to.  Maybe we will -- whether or not they can
18   suddenly say:  "We're not responsible, now that we have the
19   safe harbor, for the infringement that occurs after we
20   implemented a repeat infringer policy, but is only occurring by
21   virtue of the fact that we didn't have one before because those
22   files would have been removed from the servers or would never
23   have come up onto the servers."
24           So anyway, these are very interesting issues, not
25   issues that get addressed now.  So the question is:  Should
```

```
1    UNITED STATES OF AMERICA      )                    )

2    ss:

3    SOUTHERN DISTRICT OF FLORIDA  )

4                    C E R T I F I C A T E

5            I, Yvette Hernandez, Certified Shorthand Reporter in

6    and for the United States District Court for the Southern

7    District of Florida, do hereby certify that I was present at

8    and reported in machine shorthand the proceedings had the 23rd

9    day of October, 2014, in the above-mentioned court; and that

10   the foregoing transcript is a true, correct, and complete

11   transcript of my stenographic notes.

12           I further certify that this transcript contains pages

13   1- 31.

14           IN WITNESS WHEREOF, I have hereunto set my hand at

15   Miami, Florida this 29th day of December, 2014.

16

17                       /s/ Yvette Hernandez_____
                         Yvette Hernandez, CSR, RPR, CLR
18                       Certified Shorthand Reporter
                         299 East Broward Boulevard
19                       Room 207-B
                         Fort Lauderdale, Florida 33301
20                       (954) 769-5686
                         yvette_hernandez@flsd@uscourts.gov
21

22

23

24

25
```