UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 14-20200-CIV-BLOOM/VALLE

PEARSON EDUCATION, INC.,
ELSEVIER, INC.,
CENGAGE LEARNING, INC.,
JOHN WILEY & SONS, INC., and
MCGRAW-HILL GLOBAL EDUCATION
HOLDINGS, LLC,

   Plaintiffs,

v.

HOTFILE CORP. and
ANTON TITOV,

   Defendants.

**DEFENDANT HOTFILE CORP.'S MOTION FOR LEAVE TO AMEND
ANSWER TO COMPLAINT TO ADD COUNTERCLAIMS**

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Defendant Hotfile Corp. ("Hotfile") respectfully moves for leave to file an amended Answer to the Plaintiffs' Complaint to add Counterclaims identical to the Counterclaims already filed on behalf of Defendant Anton Titov ("Mr. Titov") in his Answer to the Complaint. The proposed Amended Answer and Counterclaim is attached hereto as Exhibit A. The proposed amendment makes no substantive changes to the Answer portion of the document. In support of this Motion, Hotfile states as follows:

**Background**

1. Hotfile timely filed its Answer to the Plaintiffs' Complaint on July 21, 2014 (Docket No. 15). On the same date of July 21, 2014, Mr. Titov timely filed a Motion to Dismiss

1

the Complaint as against him pursuant to Federal Rule of Civil Procedure 12(b)(2), alleging that this Court did not have personal jurisdiction over him (Docket No. 15).

2. This court entered an order denying Mr. Titov's Motion to Dismiss on October 30, 2014 (Docket No. 47). Mr. Titov timely filed his Answer to the Complaint on November 24, 2014, including counterclaims for various declaratory relief (Docket No. 48).

3. On December 18, 2014, the Plaintiffs filed a Motion to Dismiss Mr. Titov's Counterclaims (Docket No. 51). On January 5, 2015, Mr. Titov filed an Opposition to Plaintiffs' Motion to Dismiss (Docket No. 52).

4. The only discovery conducted in this case to date is one set of requests for the production of documents from the Plaintiffs to Hotfile. There has not been any mediation conducted in this case to date.

5. Pursuant to this Court's Order Setting Trial and Pre-Trial Schedule (Docket No. 28), all motions to amend pleadings must be filed by January 5, 2015.

**Argument**

6. The declaratory relief sought by Mr. Titov in his counterclaims should accrue equally to Hotfile. In this Motion, Hotfile seeks only to amend its Answer to add counterclaims identical to those filed by Mr. Titov. The proposed amendment makes no substantive changes to the Answer portion of the document already filed.

7. Given the Plaintiffs' pending Motion to Dismiss Mr. Titov's Counterclaims, Hotfile seeks to add its counterclaims to the extent that Mr. Titov's counterclaims survive the pending Motion to Dismiss.

8. Federal Rule of Civil Procedure 15(a)(2) permits the amendment of a pleading with the court's leave, stating that "[t]he court should freely give leave when justice so requires."

9. A timely motion to amend may be denied only where there are legitimate grounds, such as "undue delay, undue prejudice to the [non-moving party], and futility of the amendment." Maynard v. Board of Regents of Div. of Universities of Florida Dept. of Educ. Ex rel. University of South Florida, 342 F.3d 1281, 1287 (11th Cir. 2003) (quoting Brewer-Giorgio v. Producers Video, Inc., 216 F.3d 1281, 1284 (11th Cir. 2000)).

10. None of these grounds for denial are present, and therefore this motion should be granted.

11. Plaintiffs would suffer no undue delay or undue prejudice given that the proposed Counterclaims are identical to those already asserted by Mr. Titov. Assuming that the Plaintiffs' Motion to Dismiss those counterclaims is denied, the Plaintiffs will have to litigate identical counterclaims with respect to Mr. Titov. As such, the allowance of the present Motion would not delay or prejudice the Plaintiffs in any respect.

Accordingly, Hotfile respectfully requests that the Court grant leave to amend its Answer to the Complaint to add Counterclaims identical to those already filed by Mr. Titov.

## CERTIFICATE OF GOOD FAITH CONFERENCE

I hereby certify that counsel for movant, Matthew Shayefar, has conferred with Plaintiffs' counsel in a good faith effort to resolve the issues in this motion by emailing Plaintiffs' counsel on Sunday, January 4, 2015 and speaking to Plaintiffs' counsel on Monday, January 5, 2015 by telephone. However, given the time constraints, Plaintiffs' counsel was unable to provide a response prior to the court's deadline on January 5, 2015 as to whether Plaintiffs would oppose the present motion.

**Respectfully submitted:**

/s/ Valentin Gurvits
Valentin D. Gurvits (# 643572 - *pro hac vice*)
Matthew Shayefar (# 685927 - *pro hac vice*)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, MA  02459
Telephone: (617) 928-1804
Facsimile: (617) 928-1802
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com

Dated: January 5, 2015

/s/ Brady J. Cobb
Brady J. Cobb, Esquire
Florida Bar No. 031018
COBB EDDY, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone (954) 527-4111
Facsimile  (954) 900-5507
bcobb@cobbeddy.com

/s/ Evan Fray-Witzer
Evan Fray-Witzer (# 564349 - *pro hac vice*)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, MA 02116
Telephone: (617) 426-0000
Facsimile: (617) 507-8043
Evan@CFWLegal.com

*Attorneys for Hotfile*

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served electronically via the CM/ECF electronic filing system on all counsel or parties of record on the attached service list this 5th day of January, 2015.

/s/ Brady J. Cobb
Brady J. Cobb

## SERVICE LIST

Karen L. Stetson
GRAY-ROBINSON, P.A.
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131
Telephone: 305-416-6880
Facsimile: 305-416-6887
karen.stetson@gray-robinson.com

Matthew J. Oppenheim
Kerry M. Mustico
OPPENHEIM + ZEBRAK, LLP
4400 Jenifer Street, NW, Suite 250
Washington, District of Columbia 20015
matt@oandzlaw.com
kerry@oandzlaw.com