UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 14-20200-CIV-BLOOM/VALLE

PEARSON EDUCATION, INC.,
ELSEVIER, INC.,
CENGAGE LEARNING, INC.,
JOHN WILEY & SONS, INC., and
MCGRAW-HILL GLOBAL EDUCATION
HOLDINGS, LLC,

   Plaintiffs,

v.

HOTFILE CORP. and
ANTON TITOV,

   Defendants.

**[PROPOSED] ORDER GRANTING LEAVE TO HOTFILE TO
AMEND COMPLAINT TO ADD COUNTERCLAIMS**

This cause came before the Court upon Hotfile Corp.'s Motion for Leave to Amend Answer to Complaint to Add Counterclaims, and, the Court, having reviewed the pleadings herein and being otherwise fully advised on the premises, hereby

ORDERS AND ADJUDGES:  The Motion is granted.  Hotfile may file an Amended Answer to Plaintiffs' Complaint to add Counterclaims.

DONE AND ORDERED in Fort Lauderdale, Florida this __ day of January, 2015.

                                                                                                    _____
                                                                                                    Beth Bloom
                                                                                                    United States District Judge