## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 14-CIV-20200-BLOOM/Valle

PEARSON EDUCATION, INC, ELSEVIER, INC.,
CENGAGE LEARNING, INC., JOHN WILEY &
SONS, INC., and MCGRAW-HILL GLOBAL
EDUCATION HOLDINGS, LLC,

      Plaintiffs,

v.

HOTFILE CORP., and ANTON TITOV,

      Defendants.
_____/

## ORDER ON MOTION FOR LEAVE TO AMEND

This matter is before the Court upon the Defendant Hotfile Corp.'s Motion for Leave to Amend Answer to Complaint to Add Counterclaims ("Motion"), ECF No. [54], filed January 5, 2015. Plaintiffs, Pearson Education, Inc., Elsevier, Inc., Cengage Learning, Inc., John Wiley & Sons, Inc., and McGraw-Hill Global Education Holdings, LLC (collectively, "Plaintiffs"), commenced this action for copyright infringement on January 17, 2014. *See* Compl., ECF No. [1]. On July 21, 2014, Defendant Hotfile Corp. ("Hotfile") filed its Answer and Affirmative Defenses to the Complaint, ECF No. [15]. Then, after the Court denied his motion to dismiss for lack of personal jurisdiction, Defendant Anton Titov submitted an Answer and Affirmative Defenses, as well as three Counterclaims seeking declaratory relief based on (1) the Digital Millennium Copyright Act ("DMCA") safe harbor provisions, (2) the statute of limitations, and (3) the doctrine of laches. *See* ECF No. [48]. On December 18, 2014, Plaintiffs filed their Motion to Dismiss Defendant Anton Titov's Counterclaims, alleging that Titov's claim for

DMCA safe harbor did not present an actual controversy and his claims under the statute of limitations and the doctrine of laches are redundant as such claims are already asserted as affirmative defenses.  *See* Mot. to Dismiss, ECF No. [51].  Defendant Hotfile now seeks to amend its Answer in order to add Counterclaims that mimic those already filed on behalf of Defendant Titov.  *See* ECF No. [54].  The Court's Scheduling Order sets a January 5, 2015 deadline for all motions to amend pleadings, and, accordingly, Defendant Hotfile's motion is timely.  *See* ECF No. [28].

Being fully advised, it is hereby **ORDERED AND ADJUDGED** that the Defendant Hotfile's Motion for Leave to Amend, **ECF No. [54]**, is **GRANTED**.  The Amended Answer to Complaint and Counterclaims attached as Exhibit 1 to Defendant Hotfile's Motion, ECF No. [54-1], shall become the operative Answer and Counterclaims, and is deemed filed as of the date of this Order.  Further, Plaintiffs are **INSTRUCTED** to advise the Court as to whether the current Motion to Dismiss Counterclaims, ECF No. [51], requires update.  Should Plaintiffs find that the reasons Defendant Titov's counterclaims merit dismissal are equally applicable to Defendant Hotfile's newly-filed counterclaims, as this will presumably be the case, Plaintiffs shall file an Amended Motion to Dismiss Counterclaims, thereby avoiding any duplicative efforts in resolving such motions.  Plaintiffs shall comply with this instruction **within ten (10) days** of this Order.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 6th day of January, 2015.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record