UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 14-20200-CIV-BLOOM/Valle

PEARSON EDUCATION, INC., ELSEVIER, INC.,
CENGAGE LEARNING, INC., JOHN WILEY &
SONS, INC., AND MCGRAW-HILL GLOBAL
EDUCATION HOLDINGS, LLC,

    *Plaintiffs*,

v.

HOTFILE CORP. and ANTON TITOV,

    *Defendants*.

_____/

## NOTICE OF STIPULATION AND PROPOSED ORDER

PLEASE TAKE NOTICE that, the parties hereby stipulate and agree as set forth below and request that the Court apply the parties' briefing with regard to Plaintiffs' Motion to Dismiss Defendant Anton Titov's Counterclaims (Counts I-III) (the "Motion") to Defendant Hotfile's Corp.'s newly filed counterclaims:

- Plaintiffs filed the Motion on December 18, 2014 (ECF No. 51). Titov filed an Opposition to Motion to Dismiss Counterclaims on January 5, 2015 (ECF No. 53) (the "Opposition"). Plaintiffs' Reply in Support of the Motion to Dismiss Counterclaims is due on Thursday, January 15, 2015 (the "Reply" and collectively, with the Motion and the Opposition, the "Parties Briefing");

- Pursuant to the Court's January 6, 2015 Order granting Defendant Hotfile Corp.'s motion to amend its answer, Hotfile filed its own Counterclaims (Counts I-III), which are identical or nearly identical to Titov's

- Counterclaims (Counts I-III);

- The Parties' Briefing is equally applicable to Hotfile's Counterclaims as Titov's Counterclaims;

- Accordingly, the parties agree that the Court should consider the Parties' Briefing to apply to Hotfile's newly filed Counterclaims such that all arguments, facts, and requests for relief presented in the Parties' Briefing is deemed to have been made as to Hotfile's Counterclaims, without the need for separate briefing;

It is so STIPULATED and AGREED,

Dated:  January 13, 2015

By: /s/Karen L. Stetson
Karen L. Stetson

OPPENHEIM + ZEBRAK, LLP
Matthew J. Oppenheim (admitted *pro hac vice*)
Kerry M. Mustico (admitted *pro hac vice*)
4400 Jenifer Street, NW, Suite 250
Washington, DC 20015
Tel:  202-621-9027
matt@oandzlaw.com
kerry@oandzlaw.com

GRAY-ROBINSON, P.A.
Karen L. Stetson (FL Bar No. 742937)
1221 Brickell Avenue, Suite 1600
Miami, FL 33131
Tel: 305-416-6880
Fax: 305-416-6887
karen.stetson@gray-robinson.com

*Attorneys for Plaintiffs*

1630344                                  2

Valentin D. Gurvits
Matthew Shayefar
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Telephone: (617) 928-1804
Facsimile: (617) 928-1802
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com

Brady J. Cobb
COBB EDDY MIJARES, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone (954) 527-4111
Facsimile (954) 900-5507
bcobb@cemlaw.net

Evan Fray-Witzer
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, MA 02116
Telephone: (617) 426-0000
Facsimile: (617) 423-4855
Evan@CFWlegal.com


By: /s/ Evan Fray-Witzer


*Attorneys for Defendants*




**DONE AND ORDERED** in Fort Lauderdale, Florida, this __th day of January, 2015.



_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**