UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 14-CIV-20200-BLOOM/Valle**

PEARSON EDUCATION, INC, ELSEVIER, INC.,
CENGAGE LEARNING, INC., JOHN WILEY &
SONS, INC., and MCGRAW-HILL GLOBAL
EDUCATION HOLDINGS, LLC,

    Plaintiffs,

v.

HOTFILE CORP., and ANTON TITOV,

    Defendants.
_____/

**ORDER**

    This matter comes before the Court upon a *sua sponte* review of the record. On December 8, 2014, the Court scheduled a mediation conference to be held in this matter on January 21, 2015 at 10:00 a.m., with Jeffrey Grubman, , Esq. *See* ECF No. [50]. The Court further advised that "[w]ithin seven (7) days following the mediation conference, the parties shall file a mediation report indicating whether all required parties were present," and also "whether the case settled (in full or in part), was continued with the consent of the parties, or whether the mediator declared an impasse." *Id.* Assuming mediation proceeded as scheduled, a mediation report was due on or before January 28, 2015. To date, no mediation report has been filed. It is therefore **ORDERED AND ADJUDGED** that **on or before February 9, 2015**, the parties shall comply with the Court's December 8th Order Scheduling Mediation.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 29th day of January, 2015.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record