UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 14-20200-CIV-BLOOM/Valle

PEARSON EDUCATION, INC., ELSEVIER, INC.,
CENGAGE LEARNING, INC., JOHN WILEY &
SONS, INC., AND MCGRAW-HILL GLOBAL
EDUCATION HOLDINGS, LLC,

    *Plaintiffs*,

v.

HOTFILE CORP. and ANTON TITOV,

    *Defendants*.

_____/

## MEDIATION REPORT

Pursuant to Southern District of Florida Local Rule 16.2.F.1, the undersigned mediator conducted a mediation in this matter on January 21, 2015.  Mr. Nicholas Tardif attended the mediation in person on behalf of Plaintiffs, along with Plaintiffs' counsel.  Mr. Anton Titov attended the mediation via Skype on behalf of Defendants, along with Defendants' counsel.  At the conclusion of the mediation session, the parties agreed in principle to a complete resolution of the dispute subject to final written settlement documentation.

    JAMS
    2500 N. Military Trail, Suite 200
    Boca Raton, FL 33431
    Tel:  (561) 393-9733
    Fax:  (561) 393-9707

    By: s/Jeffrey Grubman_____
    Jeffrey S. Grubman
    Mediator No: 15500