UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-CIV-20200-BLOOM/Valle

PEARSON EDUCATION, INC, ELSEVIER, INC.,
CENGAGE LEARNING, INC., JOHN WILEY &
SONS, INC., and MCGRAW-HILL GLOBAL
EDUCATION HOLDINGS, LLC,

    Plaintiffs,

v.

HOTFILE CORP., and ANTON TITOV,

    Defendants.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

This matter is before the Court upon the Mediation Report of JAMS, ECF No. [61], filed February 2, 2015, which indicates that the parties have agreed in principle to a complete resolution of the dispute subject to a final written settlement. The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is **ADMINISTRATIVELY CLOSED**.

2. The parties are directed to file a stipulation of dismissal **within twenty-one (21) days** of the date of this Order.

3. If the parties fail to complete the expected settlement, either party may request that the Court reopen the case.

4. The Clerk shall **CLOSE** this case for administrative purposes only.

5. Any pending motions are hereby **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 2nd day of February, 2015.

                                  **BETH BLOOM**
                                  **UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record