UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 14-20200-CIV-BLOOM/Valle

PEARSON EDUCATION, INC., ELSEVIER, INC.,
CENGAGE LEARNING, INC., JOHN WILEY &
SONS, INC., AND MCGRAW-HILL GLOBAL
EDUCATION HOLDINGS, LLC,

    *Plaintiffs*,

v.

HOTFILE CORP. and ANTON TITOV,

    *Defendants*.
_____/

## AMENDED MEDIATION REPORT

It has been brought to the undersigned's attention that the Court dismissed this case based upon the Mediation Report filed on February 2, 2015. The Mediation Report should have stated that the parties were close to a settlement but needed additional time to finalize the settlement and prepare and execute a settlement agreement. The undersigned apologizes for any inconvenience this has caused the Court or the parties.

    JAMS
    2500 N. Military Trail, Suite 200
    Boca Raton, FL 33431
    Tel: (561) 393-9733
    Fax: (561) 393-9707

    By: s/Jeffrey Grubman
    Jeffrey S. Grubman
    Mediator No: 15500