UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-CIV-20200-BLOOM/Valle

PEARSON EDUCATION, INC, ELSEVIER, INC.,
CENGAGE LEARNING, INC., JOHN WILEY &
SONS, INC., and MCGRAW-HILL GLOBAL
EDUCATION HOLDINGS, LLC,

    Plaintiffs,

v.

HOTFILE CORP., and ANTON TITOV,

    Defendants.
_____/

## ORDER

This matter is before the Court upon the Amended Mediation Report of JAMS, ECF No. [63], filed February 6, 2015, which clarifies that although the parties are close to a settlement, they require additional time to finalize the settlement and prepare and execute a settlement agreement. The Court previously closed this case on February 3, 2015, for administrative purposes only. *See* Order, ECF No. [62]. Accordingly, the Court's Order noted that "[i]f the parties fail to complete the expected settlement, either party may request that the Court reopen the case." *Id.* Moreover, the Court provided the parties with three weeks during which drafting and execution of the settlement would presumably occur. *Id.* Currently, the Court cannot ascertain whether the parties intend to continue litigating while finalizing the settlement agreement. Nonetheless, this matter shall remain administratively closed. If the parties wish to continue litigating during the course of settlement negotiations, they may seek to reopen the case via appropriate motion, and such motion will be granted.

It is therefore **ORDERED AND ADJUDGED** that the above-styled action shall remain **ADMINISTRATIVELY CLOSED**. The parties are directed to file a stipulation of dismissal **on or before March 11, 2015**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 9th day of February, 2015.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record