UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 14-20200-CIV-BLOOM/Valle

PEARSON EDUCATION, INC., ELSEVIER, INC.,
CENGAGE LEARNING, INC., JOHN WILEY &
SONS, INC., AND MCGRAW-HILL GLOBAL
EDUCATION HOLDINGS, LLC,

    *Plaintiffs*,

v.

HOTFILE CORP. and ANTON TITOV,

    *Defendants*.
_____/

## NOTICE OF STIPULATION AND PROPOSED ORDER

PLEASE TAKE NOTICE that the parties hereby stipulate and agree to extend the date by which the parties must file a stipulation of dismissal to March 25, 2014. The Court's February 9, 2015 Order noted that the case had been administratively closed and directed the parties to file a stipulation of dismissal on or before March 11, 2015. (*See* ECF No. 64.) The parties have executed a settlement agreement, which will dispose of all claims in suit if Defendants perform certain obligations by March 24, 2015. Should Defendants comply with their obligations due by March 24, 2015 as provided in the settlement agreement, the parties intend to file with the Court a stipulation of dismissal. Accordingly, the parties respectfully request that the Court extend the time by which they must file a stipulation of dismissal, or alternatively a request to reopen the case, to March 25, 2014.

It is so STIPULATED and AGREED.

Dated: March 12, 2015

By: /s/ *Karen L. Stetson*
Karen L. Stetson

OPPENHEIM + ZEBRAK, LLP
Matthew J. Oppenheim (admitted *pro hac vice*)
Kerry M. Mustico (admitted *pro hac vice*)
4400 Jenifer Street, NW, Suite 250
Washington, DC 20015
Tel: 202-621-9027
matt@oandzlaw.com
kerry@oandzlaw.com

GRAY-ROBINSON, P.A.
Karen L. Stetson (FL Bar No. 742937)
1221 Brickell Avenue, Suite 1600
Miami, FL 33131
Tel: 305-416-6880
Fax: 305-416-6887
karen.stetson@gray-robinson.com

*Attorneys for Plaintiffs*

By: /s/ *Matthew Shayefar*

Valentin D. Gurvits
Matthew Shayefar
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Telephone: (617) 928-1804
Facsimile: (617) 928-1802
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com

        Brady J. Cobb
        COBB EDDY MIJARES, PLLC
        642 Northeast Third Avenue
        Fort Lauderdale, Florida 33304
        Telephone (954) 527-4111
        Facsimile (954) 900-5507
        bcobb@cemlaw.net

        Evan Fray-Witzer
        CIAMPA FRAY-WITZER, LLP
        20 Park Plaza, Suite 505
        Boston, MA 02116
        Telephone: (617) 426-0000
        Facsimile: (617) 423-4855
        Evan@CFWlegal.com

        *Attorneys for Defendants*

**DONE AND ORDERED** in Fort Lauderdale, Florida, this __th day of March, 2015.

        _____
        **BETH BLOOM**
        **UNITED STATES DISTRICT JUDGE**