UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 14-20200-CIV-BLOOM/Valle

PEARSON EDUCATION, INC., ELSEVIER, INC.,
CENGAGE LEARNING, INC., JOHN WILEY &
SONS, INC., AND MCGRAW-HILL GLOBAL
EDUCATION HOLDINGS, LLC,

    *Plaintiffs*,

v.

HOTFILE CORP. and ANTON TITOV,

    *Defendants*.

_____/

**NOTICE OF STRIKING DE 65**

PLEASE TAKE NOTICE that the undersigned, pursuant to the Clerk's instructions at DE 66, hereby gives notice of striking DE 65 (which will be refiled with a separate proposed order).

    By:  */s/ Karen L. Stetson*
         Karen L. Stetson

         OPPENHEIM + ZEBRAK, LLP
         Matthew J. Oppenheim (admitted *pro hac vice*)
         Kerry M. Mustico (admitted *pro hac vice*)
         4400 Jenifer Street, NW, Suite 250
         Washington, DC 20015
         Tel:  202-621-9027
         matt@oandzlaw.com
         kerry@oandzlaw.com

         GRAY-ROBINSON, P.A.
         Karen L. Stetson (FL Bar No. 742937)
         333 S.E. 2nd Avenue, Suite 3200
         Miami, FL 33131
         Tel: 305-416-6880
         Fax: 305-416-6887
         *Attorneys for Plaintiffs*

# 1680917 v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via ECF to the parties on the Service List below on this 12th day of March, 2015.

By:  */s/ Karen L. Stetson*

## SERVICE LIST

Valentin D. Gurvits
Matthew Shayefar
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Telephone: (617) 928-1804
Facsimile: (617) 928-1802
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com

Brady J. Cobb
COBB EDDY MIJARES, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone (954) 527-4111
Facsimile (954) 900-5507
bcobb@cemlaw.net

Evan Fray-Witzer
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, MA 02116
Telephone: (617) 426-0000
Facsimile: (617) 423-4855
Evan@CFWlegal.com

# 1680917 v1