UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 14-20200-CIV-BLOOM/Valle

PEARSON EDUCATION, INC., ELSEVIER, INC.,
CENGAGE LEARNING, INC., JOHN WILEY &
SONS, INC., AND MCGRAW-HILL GLOBAL
EDUCATION HOLDINGS, LLC,

    *Plaintiffs*,

v.

HOTFILE CORP. and ANTON TITOV,

    *Defendants*.

_____/

**[PROPOSED] ORDER**

THIS MATTER came before the Court upon the parties' Joint Motion To Extend Time To File Stipulation of Dismissal, and the Court, having reviewed the pleadings herein and being otherwise fully advised in the premises, hereby ORDERS AND ADJUDGES that said Motion be and the same is hereby GRANTED. The time by which the parties must file a stipulation of dismissal, or alternatively a request to reopen the case, is extended to March 25, 2015.

DONE AND ORDERED at Ft. Lauderdale, Florida this ___day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE

# 1680916 v1