UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-CIV-20200-BLOOM/Valle

PEARSON EDUCATION, INC, ELSEVIER, INC.,
CENGAGE LEARNING, INC., JOHN WILEY &
SONS, INC., and MCGRAW-HILL GLOBAL
EDUCATION HOLDINGS, LLC,

    Plaintiffs,

v.

HOTFILE CORP., and ANTON TITOV,

    Defendants.
_____/

## ORDER

This matter is before the Court upon the parties' Joint Motion to Extend Time to File Stipulation of Dismissal, ECF No. [68], which seeks an extension of time to file a stipulation of dismissal. Being fully advised, it is hereby **ORDERED AND ADJUDGED** that the parties' shall have until **March 25, 2015** to file the previously requested stipulation of dismissal.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 12th day of March, 2015.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record