UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 14-20200-CIV-BLOOM/Valle

PEARSON EDUCATION, INC., ELSEVIER, INC.,
CENGAGE LEARNING, INC., JOHN WILEY &
SONS, INC., AND MCGRAW-HILL GLOBAL
EDUCATION HOLDINGS, LLC,

    *Plaintiffs*,
v.

HOTFILE CORP. and ANTON TITOV,

    *Defendants*.
_____/

## AMENDED JOINT MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that the parties hereby stipulate and agree to extend the date by which the parties must file a stipulation of dismissal to April 25, 2014.  The Court's February 9, 2015 Order noted that the case had been administratively closed and directed the parties to file a stipulation of dismissal on or before March 11, 2015.  (*See* ECF No. 64.)  The parties have executed a settlement agreement, which will dispose of all claims in suit if Defendants perform certain obligations by April 24, 2015.  Should Defendants comply with their obligations due by April 24, 2015 as provided in the settlement agreement, the parties intend to file with the Court a stipulation of dismissal.

**The parties previously filed with the Court a Joint Motion to Extend Time to File Stipulation of Dismissal (ECF No. 68), which inadvertently identified the operative dates as March 24-25, 2015 instead of April 24-25, 2015**.  Accordingly, the parties submit this amended joint motion and respectfully request that the Court extend

the time by which they must file a stipulation of dismissal, or alternatively a request to reopen the case, to April 25, 2014.

It is so STIPULATED and AGREED.

Dated: March 16, 2015

By: /s/ *Karen L. Stetson*
Karen L. Stetson

OPPENHEIM + ZEBRAK, LLP
Matthew J. Oppenheim (admitted *pro hac vice*)
Kerry M. Mustico (admitted *pro hac vice*)
4400 Jenifer Street, NW, Suite 250
Washington, DC 20015
Tel: 202-621-9027
matt@oandzlaw.com
kerry@oandzlaw.com

GRAY-ROBINSON, P.A.
Karen L. Stetson (FL Bar No. 742937)
1221 Brickell Avenue, Suite 1600
Miami, FL 33131
Tel: 305-416-6880
Fax: 305-416-6887
karen.stetson@gray-robinson.com

*Attorneys for Plaintiffs*

By: /s/ *Valentin D. Gurvits*

Valentin D. Gurvits
Matthew Shayefar
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Telephone: (617) 928-1804
Facsimile: (617) 928-1802
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com

Brady J. Cobb
COBB EDDY MIJARES, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone (954) 527-4111
Facsimile (954) 900-5507
bcobb@cemlaw.net

Evan Fray-Witzer
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, MA 02116
Telephone: (617) 426-0000
Facsimile: (617) 423-4855
Evan@CFWlegal.com


*Attorneys for Defendants*