**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 14-20200-CIV-BLOOM/Valle**

PEARSON EDUCATION, INC., ELSEVIER, INC.,
CENGAGE LEARNING, INC., JOHN WILEY &
SONS, INC., AND MCGRAW-HILL GLOBAL
EDUCATION HOLDINGS, LLC,

    *Plaintiffs*,

v.

HOTFILE CORP. and ANTON TITOV,

    *Defendants*.

_____/

## [PROPOSED] ORDER

This matter is before the Court upon the parties' Amended Joint Motion To Extend Time To File Stipulation of Dismissal, ECF No. [  ], which seeks an extension of time to file a stipulation of dismissal.  Being fully advised, it is hereby **ORDERED AND ADJUDGED** that the parties' shall have until **April 25, 2015** to file the previously requested stipulation of dismissal.

**DONE AND ORDERED** in Ft. Lauderdale, Florida this ___day of March, 2015.

                                                          _____
                                                          **BETH BLOOM**
                                                          **UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record