UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-CIV-20200-BLOOM/Valle

PEARSON EDUCATION, INC, ELSEVIER, INC.,
CENGAGE LEARNING, INC., JOHN WILEY &
SONS, INC., and MCGRAW-HILL GLOBAL
EDUCATION HOLDINGS, LLC,

    Plaintiffs,

v.

HOTFILE CORP., and ANTON TITOV,

    Defendants.
_____/

## ORDER

This matter is before the Court upon the parties' Amended Joint Motion to Extend Time to File Stipulation of Dismissal, ECF No. [70]. The parties' previous motion incorrectly identified the operative dates by which Defendants must comply with their settlement obligations as March 24-25, 2015. *Id.* In order to remedy this error, the parties submit the present amendment, noting that the correct dates are April 24-25, 2015. *Id.*

Being fully advised, it is hereby **ORDERED AND ADJUDGED**, that the Motion, **ECF No. [70]**, is **GRANTED**. The parties' shall have until **April 25, 2015** to file the previously requested stipulation of dismissal.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 17th day of March, 2015.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record