UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 14-20200-CIV-BLOOM/Valle

PEARSON EDUCATION, INC., ELSEVIER, INC.,
CENGAGE LEARNING, INC., JOHN WILEY &
SONS, INC., AND MCGRAW-HILL GLOBAL
EDUCATION HOLDINGS, LLC,

    *Plaintiffs*,

v.

HOTFILE CORP. and ANTON TITOV,

    *Defendants*.
_____/

**STIPULATION AND NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Pearson Education, Inc., Elsevier, Inc., Cengage Learning, Inc., John Wiley & Sons, Inc., and McGraw-Hill Global Education Holdings, LLC and Defendants Hotfile Corp. and Anton Titov hereby stipulate and give notice that the above-captioned action is voluntarily dismissed, with prejudice, against Defendants. The parties have agreed to a confidential settlement, and each side will bear their own costs and attorney's fees.

Dated: April 24, 2015

    By:  */s/ Karen L. Stetson*

    OPPENHEIM + ZEBRAK, LLP
    Matthew J. Oppenheim (admitted *pro hac vice*)
    Kerry M. Mustico (admitted *pro hac vice*)
    4400 Jenifer Street, NW, Suite 250
    Washington, DC 20015
    Tel: 202-621-9027
    matt@oandzlaw.com
    kerry@oandzlaw.com

        GRAY-ROBINSON, P.A.
        Karen L. Stetson (FL Bar No. 742937)
        1221 Brickell Avenue, Suite 1600
        Miami, FL 33131
        Tel: 305-416-6880
        Fax: 305-416-6887
        karen.stetson@gray-robinson.com

        *Attorneys for Plaintiffs*


Dated:  April 24, 2015      By:  /s/ *Evan Fray-Witzer* (with consent)

        Valentin D. Gurvits
        Matthew Shayefar
        BOSTON LAW GROUP, PC
        825 Beacon Street, Suite 20
        Newton Centre, MA 02459
        Telephone: (617) 928-1804
        Facsimile: (617) 928-1802
        vgurvits@bostonlawgroup.com
        matt@bostonlawgroup.com

        Brady J. Cobb
        COBB EDDY MIJARES, PLLC
        642 Northeast Third Avenue
        Fort Lauderdale, Florida 33304
        Telephone (954) 527-4111
        Facsimile (954) 900-5507
        bcobb@cemlaw.net

        Evan Fray-Witzer
        CIAMPA FRAY-WITZER, LLP
        20 Park Plaza, Suite 505
        Boston, MA 02116
        Telephone: (617) 426-0000
        Facsimile: (617) 423-4855
        Evan@CFWlegal.com

        *Attorneys for Defendants*