UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-CIV-20200-BLOOM/VALLE

PEARSON EDUCATION, INC., *et al.*,

    Plaintiffs,

v.

HOTFILE CORP., and ANTON TITOV,

    Defendants.

_____/

## ORDER DISMISSING CASE

**THIS CAUSE** came before the Court upon the parties' Stipulation and Notice of Voluntary Dismissal, ECF No. [72]. Being fully advised it is hereby **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**. Each party to bear their own costs and attorney's fees.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 28th day of April, 2015.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record